FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

2009 OCT 28 P 3: 37

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

COMSTOCK POTOMAC YARD, L.C.   )
                             )
        Plaintiff,           )       Civil Action No. 1:08cv894
                             )       Hon. Liam O'Grady
    v.                       )
                             )
BALFOUR BEATTY CONSTRUCTION, LLC, )
                             )
        Defendant.           )
_____)
                             )
BALFOUR BEATTY CONSTRUCTION, LLC )
                             )
    Third Party Plaintiff,   )
                             )
    v.                       )
                             )
Comstock Potomac Yard, L.C., )
A Virginia L.L.C.            )
Comstock Station View, L.C.  )
11465 Sunset Hills Road      )
Suite 510                    )
Reston, VA 20190             )
                             )
Owner of Unit Nos.           )
                             )
1012W, 1014W, 1015W, 1016W, 1017W )
1112W, 1113W, 1115W, 1116W, 1118W )
1119W, 1120W, 412W, 419W, 519W, 532W )
619W, 718W, 719W, 822W, 823W, 923W, 147 )
151, 152, 154, 155, 156, 157, 238, 239, 241, 243 )
246, 247, 252, 253, 254, 258, 342, 343, 352, 354 )
360, 362, 363, 366, 370, 439, 440, 443, 445, 453 )
462, 463, 466, 470, 538, 540, 541, 543, 545, 547 )
557, 558, 560, 562, 563, 564, 568, 570, 571, 638 )
641, 642, 646, 649, 654, 662, 663, 664, 665, 669 )
742, 743, 746, 747, 749, 842, 843, 845, 847, 848 )
851, 942, 943, 945, 948, 949, 951, 1043, 1044, )
1045, 1048, 1049, 1050, 1143, 1144, 1149, 1150 )
                             )
Corus Bank, N.A.             )

3959 North Lincoln Avenue )
Chicago, IL 60613 )
 )
Serve on: )
 )

      Joseph C. Glickman Chairman and )

      Robert J. Glickman, President and CEO )

      Corus Bank, NA )
      3959 North Lincoln Avenue )
      Chicago, IL 60613 )
 )
Keybank National Association )
Attn: Real Estate Capital Services )
127 Public Square )
Cleveland, OH 44114-1306 )
 )
Serve on: )
 )

      Charles W. Sulerzyski )

      President Great Lakes Region )

      Keybank National Association )
      Attn: Real Estate Capital Services )
      127 Public Square )
      Cleveland, OH 44114-1306 )
 )
Timothy Finn )
Serve at: )
1100 Nielson Court )
McLean, VA 22102 )
 )
Charles L. Menges )
Serve at: )
McGuire Woods LLP )
One James Center )
901 East Cary Street )
Richmond, VA 23219-4030 )
 )
Yongheui Lee )
Serve at: )
3650 S. Glebe Road, #148 )
Arlington, VA 22202 )
 )
Just Mortgage, Inc. )

9680 Haven Avenue                         )
Suite 200                                 )
Rancho Cucamonga, CA 91730                )
                                          )
Serve on:                                 )
                                          )
     National Registered Agents, Inc.    )
     526 King Street                     )
     Suite 423                           )
     Alexandria, VA 22314                )
                                          )
Title One                                 )
7535 Little River Turnpike                )
Suite 100-D                               )
Annandale, VA 22033                       )
                                          )
Serve on:                                 )
                                          )
     John L. Melnick                     )
     711 Park Avenue                     )
     Falls Church, VA 22046              )
_____ )
                                          )
Robert Allen Bartholomew                  )
Serve at:                                 )
3650 S. Glebe Road, #149                  )
Arlington, VA 22202                       )
                                          )
Metrocities Mortgage, LLC                 )
15301 Ventura Boulevard, Suite D300       )
Sherman Oaks, CA 91403                     )
                                          )
Serve on:                                 )
                                          )
     National Registered Agents, Inc.    )
     526 King Street                     )
     Suite 423                           )
     Alexandria, VA 22314                )
                                          )
First American Title                      )
1 First American Way                      )
Santa Ana, CA 92707                       )
                                          )
Serve on:                                 )
                                          )
     Corporation Service Company         )

1201 Hays Street                               )
Tallahassee, FL 32301                          )
_____          )
                                               )
Rashmin Jardosh, Roshan Jardosh                )
and Bharti Jardosh                             )
Serve at:                                      )
3650 S. Glebe Road, #150                       )
Arlington, VA 22202                            )
                                               )
Suntrust Mortgage, Inc.                        )
901 Semmes Avenue                              )
Richmond, VA 23224                             )
                                               )
Serve on:                                      )
                                               )
       David S. Hay                            )
       901 Semmes Avenue                       )
       Richmond, VA 23224                      )
                                               )
Jackie Miller                                  )
Serve at:                                      )
1001 Semmes Avenue                             )
Richmond, VA 23224                             )
_____          )
                                               )
Robert W. Rondeau                              )
Serve at:                                      )
3650 S. Glebe Road, #153                       )
Arlington, VA 22202                            )
                                               )
Fidelity & Trust Mortgage, Inc.                )
7000 Wisconsin Avenue                          )
Chevy Chase, MD 20815                          )
                                               )
Serve on:                                      )
                                               )
       CT Corporation System                   )
       4701 Cox Road                           )
       Suite 301                               )
       Glen Allen, VA 23060-6802               )
                                               )
David J. Conway                                )
Serve at:                                      )
47704 League Court                             )
Potomac Falls, VA 20165                        )

)
)
**Shawna B. Brioche and Rodolphe Brioche** )
**Serve at:** )
**3650 S. Glebe Road, #240** )
**Arlington, VA 22202** )
)
**Countrywide Bank, F.S.B.** )
**1199 North Fairfax Street** )
**Suite 500** )
**Alexandria, VA 22314** )
)
**Serve on:** )
)
      **James S. Furash, President and CEO** )
      **Countrywide Bank, N.A.** )
      **1199 North Fairfax Street** )
      **Suite 500** )
      **Alexandria, VA 22314** )
)
**Samuel I. White, P.C.** )
**Serve at:** )
**130 Business Park Drive** )
**Virginia Beach, VA 23462** )
**AND** )
**209 Business Park Drive** )
**Virginia Beach, VA 23462** )
)
)
**Kayra Alhambra and Jorge Fernandez** )
**Serve at:** )
**3650 S. Glebe Road, #242** )
**Arlington, VA 22202** )
)
**IndyMac Bank, F.S.B.** )
**155 North Lake Avenue** )
**Pasadena, CA 91101** )
)
**Serve on:** )
)
      **Michael W. Perry** )
      **Chairman and CEO** )
      **IndyMac Bank, F.S.B.** )
      **888 East Walnut Street** )
      **Pasadena, CA 91101** )
)

Lawyers Title Insurance Corporation   )
8221 Old Courthouse Road   )
Vienna, VA 22182   )
   )
Serve on:   )
   )
       W. T. Conner   )
       6545 Corporate Centre Boulevard   )
       Orlando, FL 32822   )
   )
   )
Obayedul Hoque   )
Serve at:   )
3650 S. Glebe Road, #244   )
Arlington, VA 22202   )
   )
   )
Cheata Sieng and Min Lee   )
Serve at:   )
3650 S. Glebe Road, #245   )
Arlington, VA 22202   )
   )
JP Morgan Chase, N.A.   )
1111 Polaris Parkway   )
Columbus, OH 43240   )
   )
Serve on:   )
   )
       James Dimon, Chairman and CEO   )
       JP Morgan Chase Bank, N.A.   )
       270 Park Avenue   )
       New York, NY 10017-2070   )
   )
Thomas W. Rosenbohm   )
Serve at:   )
2607 Gadsby Place   )
Alexandria, VA 22311   )
AND   )
8142 American Holly Lane   )
Lorton, VA 22079   )
   )
   )
Margarida M. Alves   )
Serve at:   )
3650 S. Glebe Road, #248   )
Arlington, VA 22202   )

Fidelity & Trust Mortgage                                    )
A Divison of Metrocities Mortgage, LLC                       )
15301 Ventura Boulevard, Suite D300                          )
Sherman Oaks, CA 91403                                       )
                                                             )
Serve on:                                                    )
                                                             )
                                                             )
     National Registered Agents, Inc.     )
     526 King Street                       )
     Suite 423                             )
     Alexandria, VA 22314                  )
                                                             )
Hang T. Tran                                                 )
Serve at:                                                    )
9018 Chestnut Ridge Road                                     )
Fairfax Station , VA 22039                                   )
                                                             )
―――――――――――――――――――――――――――                                  )
                                                             )
Nadeem Rehman                                                )
Serve at:                                                    )
3650 S. Glebe Road, #249                                     )
Arlington, VA 22202                                          )
                                                             )
Fidelity & Trust Mortgage                                    )
A Division of Metrocities Mortgage, LLC                      )
15301 Ventura Boulevard, Suite D300                          )
Sherman Oaks, CA 91403                                       )
                                                             )
Serve on:                                                    )
                                                             )
                                                             )
     National Registered Agents, Inc.     )
     526 King Street                       )
     Suite 423                             )
     Alexandria, VA 22314                  )
                                                             )
Hang T. Tran                                                 )
Serve at:                                                    )
9018 Chestnut Ridge Road                                     )
Fairfax Station , VA 22039                                   )
                                                             )
―――――――――――――――――――――――――――                                  )
                                                             )
Kevin Burke and Catherine Burke                              )
                                                             )
Serve at:                                                    )
                                                             )
                                                             )

3650 S. Glebe Road, #250                    )
Arlington, VA 22202                         )
                                            )
Fidelity & Trust Mortgage, Inc.             )
7000 Wisconsin Avenue                       )
Chevy Chase, MD 20815                       )
                                            )
Serve on:                                   )
                                            )
      CT Corporation System            )
      4701 Cox Road                    )
      Suite 301                        )
      Glen Allen, VA 23060-6802        )
                                            )
David J. Conway                             )
Serve at:                                   )
47704 League Court                          )
Potomac Falls, VA 20165                     )

Philip Lavietes                             )
Serve at:                                   )
3650 S. Glebe Road, #251                    )
Arlington, VA 22202                         )
                                            )
Navy Federal Credit Union                   )
P.O. Box 3000                               )
Merrifield, VA 22119-3000                   )
                                            )
Serve on:                                   )
                                            )
      VADM J. Cutler Dawson, Jr.       )
      President and CEO                )
      Navy Federal Credit Union        )
      820 Follin Lane                  )
      Vienna, VA 22180                 )
                                            )
Joan C. Cox and Charles E. Stewart          )
Serve at:                                   )
820 Follin Lane                             )
Vienna, VA 22180                            )

Mirfarhad Shahlavi                          )
Serve at:                                   )
3650 S. Glebe Road, #255                    )

Arlington, VA 22202                          )
AND                                          )
23874 Kaleb Drive                            )
Corona, CA 92883                             )
                                             )
Washinton Mutual Bank, F.A.                  )
2273 North Green Valley Parkway              )
Suite 14                                     )
Henderson, NV 89014                          )
                                             )
          Serve on:                          )
          Stephen J. Rotella, President      )
          Washinton Mutual Bank, F.A.        )
          2273 North Green Valley Parkway    )
          Suite 14                           )
          Henderson, NV 89014                )
                                             )
John Burson                                  )
Serve at:                                    )
1816 N. Van Buren Street                     )
Arlington, VA 22205                          )
_____)
                                             )
Rami Aboushakra and Sarah Aboushakra         )
Serve at:                                    )
3650 S. Glebe Road, #256                     )
Arlington, VA 22202                          )
                                             )
Suntrust Mortgage, Inc.                      )
901 Semmes Avenue                            )
Richmond, VA 23224                           )
                                             )
Serve on:                                    )
                                             )
          David S. Hay                       )
          901 Semmes Avenue                  )
          Richmond, VA 23224                 )
                                             )
Wachovia Bank, N.A.                          )
301 S. College Street, VA 0343               )
Charlotte, NC 28288-0343                     )
                                             )
Serve on:                                    )
                                             )
          Corporation Service Company        )
          11 S. 12th Street                   )

Richmond, VA 23218                    )
                                      )
Jackie Miller                         )
Serve at:                             )
1001 Semmes Avenue                    )
Richmond, VA 23224                    )
                                      )
TRSTE, Inc.                           )
7711 Plantation Road, VA 0343         )
Roanoke, VA 24019                     )
                                      )
Serve on:                             )
                                      )
    Corporation Service Company    )
    11 S. 12th Street               )
    Richmond, VA 23218              )
                                      )
Robert G. Cassiano                    )
Serve at:                             )
3650 S. Glebe Road, #257              )
Arlington, VA 22202                   )
                                      )
Suntrust Mortgage, Inc.               )
901 Semmes Avenue                     )
Richmond, VA 23224                    )
                                      )
Serve on:                             )
                                      )
    David S. Hay                    )
    901 Semmes Avenue               )
    Richmond, VA 23224              )
                                      )
Northwest Federal Credit Union        )
220 Spring Street                     )
Herndon, VA 20170                     )
                                      )
Serve on:                             )
                                      )
    Gerrianne Burks, President      )
    Chief Executive Officer         )
    Northwest Federal Credit Union  )
    220 Spring Street               )
    Herndon, VA 20170               )
                                      )
Jackie Miller                         )

Serve at:                                              )
1001 Semmes Avenue                                     )
Richmond, VA 23224                                     )
                                                       )
Erin P. Krause and Jennifer K. Mullin                  )
Serve at:                                              )
220 Spring Street                                      )
Herndon, VA 20170                                      )
                                                       )
───────────────────────────────────                   )
                                                       )
Susan A. Saunders                                      )
Serve at:                                              )
3650 S. Glebe Road, #259                               )
Arlington, VA 22202                                    )
                                                       )
Navy Federal Credit Union                              )
P.O. Box 3000                                          )
Merrifield, VA 22119-3000                              )
                                                       )
Serve on:                                              )
                                                       )
    VADM J. Cutler Dawson, Jr.     )
    President and CEO               )
    Navy Federal Credit Union       )
    820 Follin Lane                 )
    Vienna, VA 22180                )
                                                       )
Joan C. Cox and Charles E. Stewart                     )
Serve at:                                              )
820 Follin Lane                                        )
Vienna, VA 22180                                       )
                                                       )
───────────────────────────────────                   )
                                                       )
Chiara Benitez                                         )
Serve at:                                              )
3650 S. Glebe Road, #260                               )
Arlington, VA 22202                                    )
                                                       )
Suntrust Mortgage, Inc.                                )
901 Semmes Avenue                                      )
Richmond, VA 23224                                     )
                                                       )
Serve on:                                              )
                                                       )
    David S. Hay                    )
    901 Semmes Avenue               )

Richmond, VA 23224     )
)
Jackie Miller             )
Serve at:                )
1001 Semmes Avenue    )
Richmond, VA 23224     )
                          )

---

)
Jeanette Snyder and Antonio J. Andre  )
Serve at:                )
3650 S. Glebe Road, #261   )
Arlington, VA 22202     )
)
Suntrust Mortgage, Inc.    )
901 Semmes Avenue     )
Richmond, VA 23224     )
)
Serve on:                )
)
    David S. Hay        )
    901 Semmes Avenue   )
    Richmond, VA 23224   )
)
Jackie Miller             )
Serve at:                )
1001 Semmes Avenue    )
Richmond, VA 23224     )
                          )

---

)
Molouk E. Layne and     )
Nazanin Layne-Cunningham  )
Serve at:                )
3650 S. Glebe Road, #262   )
Arlington, VA 22202     )
AND                  )
2467 Windbreak Drive    )
Alexandria, VA 22306    )
)
ING Bank, F.S.B.       )
600 West St. Germain Street  )
Suite 200               )
St. Cloud, MN 56301     )
)
Serve on:                )
)
    Arkadi Kuhlmann, Chairman,  )

President and Chief Executive Officer )
ING Bank, F.S.B. )
1 South Orange Street )
Wilmington, DE 19801 )
)
Premier Title, Inc. )
8221 Old Courthouse Road )
Vienna, VA 22182 )
)
Serve on: )
)
    Gregory D. Haight )
    8221 Old Courthouse Road )
    Suite 300 )
    Vienna, VA 22180 )
_____)
)
Laura J. Ragucci )
Serve at: )
3650 S. Glebe Road, #263 )
Arlington, VA 22202 )
)
Suntrust Mortgage, Inc. )
901 Semmes Avenue )
Richmond, VA 23224 )
)
Serve on: )
)
    David S. Hay )
    901 Semmes Avenue )
    Richmond, VA 23224 )
)
Jackie Miller )
Serve at: )
1001 Semmes Avenue )
Richmond, VA 23224 )
_____)
)
Hwang Byun and Joon Byun )
Serve at: )
3650 S. Glebe Road, #264 )
Arlington, VA 22202 )
)
Bank of America, N.A. )
9000 Southside Boulevard, #600 )
Jacksonville, FL 32256 )

Serve on:                   )

     **CT Corporation System**   )
     **4701 Cox Road**         )
     **Suite 301**              )
     **Glen Allen, VA 23060-6802** )

**PRLAP, Inc.**              )
**1400 Best Plaza Drive**      )
**Richmond, VA 23227**      )

Serve on:                   )

     **CT Corporation System**   )
     **4701 Cox Road**         )
     **Suite 301**              )
     **Glen Allen, VA 23060-6802** )

_____)

**Susan S. Slye**            )
**Serve at:**                )
**3650 S. Glebe Road, #265**   )
**Arlington, VA 22202**       )

**Wells Fargo Bank, N.A.**     )
**P.O. Box 5137**           )
**Des Moines, IA 50306-5137**  )

Serve on:                   )

     **Dick Kovacevich, Chairman and** )
     **John G. Stumpf, President and CEO** )
     **Wells Fargo Bank, N.A.** )
     **333 Market Street, Floor 16** )
     **San Francisco, CA 94105-2102** )
     **AND** )
     **4365 Executive Drive, 17th Floor** )
     **San Diego, CA 92121** )

**Samuel I. White, P.C.**     )
**Serve at:**               )
**130 Business Park Drive**    )
**Virginia Beach, VA 23462**   )
**AND**                 )
**209 Business Park Drive**    )

Virginia Beach, VA 23462                                    )
                                                            )
_____                    )
                                                            )
Giovanni Gutierrez                                          )
Serve at:                                                   )
3650 S. Glebe Road, #266                                    )
Arlington, VA 22202                                         )
                                                            )
Fidelity & Trust Mortgage                                   )
A Division of Metrocities Mortgage, LLC                     )
15301 Ventura Boulevard, Suite D300                         )
Sherman Oaks, CA 91403                                      )
                                                            )
Serve on:                                                   )
                                                            )
     National Registered Agents, Inc.         )
     526 King Street                           )
     Suite 423                                 )
     Alexandria, VA 22314                      )
                                                            )
Hang T. Tran                                                )
Serve at:                                                   )
9018 Chestnut Ridge Road                                    )
Fairfax Station , VA 22039                                  )
_____                    )
                                                            )
Sham M. Vengurlekar, MD, P.C.,                              )
as Trustee of the Sham M. Vengurlekar, MD.                  )
P.C. Defined Benefit Pension Plan                           )
Serve at:                                                   )
3650 S. Glebe Road, #267                                    )
Arlington, VA 22202                                         )
_____                    )
                                                            )
Tekle Berhane and Saba Berhane                              )
Serve at:                                                   )
3650 S. Glebe Road, #338                                    )
Arlington, VA 22202                                         )
                                                            )
Fidelity & Trust Mortgage, Inc.                             )
7000 Wisconsin Avenue                                       )
Chevy Chase, MD 20815                                       )
                                                            )
Serve on:                                                   )
                                                            )
     CT Corporation System                     )

```
        4701 Cox Road                      )
        Suite 301                          )
        Glen Allen, VA 23060-6802          )
                                           )
David J. Conway                            )
Serve at:                                  )
47704 League Court                         )
Potomac Falls, VA 20165                    )
                                           )
_____)
                                           )
John J. Turner and Suja J. Turner          )
Serve at:                                  )
3650 S. Glebe Road, #339                   )
Arlington, VA 22202                        )
                                           )
Home Savings & Trust Mortgage              )
3701 Pender Drive                          )
Suite #150                                 )
Fairfax, VA 22030                          )
                                           )
Serve on:                                  )
                                           )
        George E. Cranwell                 )
        JAMS-01, Inc.                       )
        4113 Lee Highway                   )
        Arlington, VA 22207                )
                                           )
Gary P. McInturff                          )
Serve at:                                  )
3701 Pender Drive                          )
Suite #150                                 )
Fairfax, VA 22030                          )
_____)
                                           )
Matthew A. Parrish                         )
Serve at:                                  )
3650 S. Glebe Road, #340                   )
Arlington, VA 22202                        )
                                           )
Suntrust Mortgage, Inc.                    )
901 Semmes Avenue                          )
Richmond, VA 23224                         )
                                           )
Serve on:                                  )
                                           )
        David S. Hay                       )
```

901 Semmes Avenue      )
Richmond, VA 23224      )
               )
Jackie Miller         )
Serve at:           )
1001 Semmes Avenue      )
Richmond, VA 23224      )
_____)

Prakash Dsouza        )
Serve at:           )
3650 S. Glebe Road, #341    )
Arlington, VA 22202      )
               )
Countrywide Bank, F.S.B.    )
1199 North Fairfax Street    )
Suite 500           )
Alexandria, VA 22314     )
               )
Serve on:          )
               )
  James S. Furash, President and CEO )
  Countrywide Bank, N.A.    )
  1199 North Fairfax Street    )
  Suite 500          )
  Alexandria, VA 22314     )
               )
Samuel I. White, P.C.      )
Serve at:           )
130 Business Park Drive     )
Virginia Beach, VA 23462    )
AND            )
209 Business Park Drive     )
Virginia Beach, VA 23462    )
_____)

Leslie A. Fisher        )
Serve at:           )
3650 S. Glebe Road, #344    )
Arlington, VA 22202      )
               )
Suntrust Mortgage, Inc.     )
901 Semmes Avenue      )
Richmond, VA 23224      )
               )
Serve on:          )

```
David S. Hay                                    )
901 Semmes Avenue                               )
Richmond, VA 23224                              )
                                                )
Jackie Miller                                   )
Serve at:                                       )
1001 Semmes Avenue                              )
Richmond, VA 23224                              )
                                                )
────────────────────────────────────           )
                                                )
Rogelio Masangkay and Rowena Masangkay          )
Serve at:                                       )
3650 S. Glebe Road, #345                        )
Arlington, VA 22202                             )
                                                )
Fidelity & Trust Mortgage, Inc.                 )
7000 Wisconsin Avenue                           )
Chevy Chase, MD 20815                           )
                                                )
Serve on:                                       )
                                                )
       CT Corporation System                    )
       4701 Cox Road                            )
       Suite 301                                 )
       Glen Allen, VA 23060-6802                 )
                                                )
David J. Conway                                 )
Serve at:                                       )
47704 League Court                              )
Potomac Falls, VA 20165                         )
                                                )
────────────────────────────────────           )
                                                )
John P. Arpino and Monica A. Gupta              )
Serve at:                                       )
3650 S. Glebe Road, #346                        )
Arlington, VA 22202                             )
                                                )
Fidelity & Trust Mortgage                       )
A Division of Metrocities Mortgage, LLC         )
15301 Ventura Boulevard                         )
Suite D300                                      )
Sherman Oaks, CA 91403                          )
                                                )
Serve on:                                       )
                                                )
```

**National Registered Agents, Inc.**           )
**526 King Street**                            )
**Suite 423**                                  )
**Alexandria, VA 22314**                       )
                                               )
**Hang T. Tran**                               )
**Serve at:**                                  )
**9018 Chestnut Ridge Road**                   )
**Fairfax Station , VA 22039**                 )
                                               )
———————————————————                            )
                                               )
**Lian Jin Huang**                             )
**Serve at:**                                  )
**3650 S. Glebe Road, #347**                   )
**Arlington, VA 22202**                        )
                                               )
**JP Morgan Chase, N.A.**                      )
**1111 Polaris Parkway**                       )
**Columbus, OH 43240**                         )
                                               )
**Serve on:**                                  )
                                               )
    **James Dimon, Chairman and CEO**     )
    **JP Morgan Chase Bank, N.A.**        )
    **270 Park Avenue**                   )
    **New York, NY 10017-2070**           )
                                               )
**Thomas W. Rosenbohm**                        )
**Serve at:**                                  )
**2607 Gadsby Place**                          )
**Alexandria, VA 22311**                       )
**AND**                                        )
**8142 American Holly Lane**                   )
**Lorton, VA 22079**                           )
                                               )
———————————————————                            )
                                               )
**Matthew Hollyfield**                         )
**Serve at:**                                  )
**3650 S. Glebe Road, #348**                   )
**Arlington, VA 22202**                        )
                                               )
**Suntrust Mortgage, Inc.**                    )
**901 Semmes Avenue**                          )
**Richmond, VA 23224**                         )
                                               )
**Serve on:**                                  )

David S. Hay )
901 Semmes Avenue )
Richmond, VA 23224 )
)
Jackie Miller )
Serve at: )
1001 Semmes Avenue )
Richmond, VA 23224 )
)
_____)
)
Jovanka Lukic )
Serve at: )
3650 S. Glebe Road, #349 )
Arlington, VA 22202 )
)
Countrywide Home Loans, Inc. )
d/b/a America's Wholesale Lender )
4500 Park Granada MSN# SVB-314 )
Calabasas, CA 91302-1613 )
)
Serve on: )
)
      CT Corporation System )
      4701 Cox Road )
      Suite 301 )
      Glen Allen, VA 23060-6802 )
)
Countrywide Bank, F.S.B. )
1199 North Fairfax Street )
Suite 500 )
Alexandria, VA 22314 )
)
Serve on: )
)
      James S. Furash, President and CEO )
      Countrywide Bank, N.A. )
      1199 North Fairfax Street )
      Suite 500 )
      Alexandria, VA 22314 )
)
Samuel I. White, P.C. )
Serve at: )
130 Business Park Drive )
Virginia Beach, VA 23462 )
AND )