FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2008 OCT 28 P 3: 37

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| COMSTOCK POTOMAC YARD, L.C. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:08cv894 |
| | ) | Hon. Liam O'Grady |
| v. | ) | |
| | ) | |
| BALFOUR BEATTY CONSTRUCTION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| |
|---|
| BALFOUR BEATTY CONSTRUCTION, LLC |

    Third Party Plaintiff,

        v.

Comstock Potomac Yard, L.C.,
A Virginia L.L.C.
Comstock Station View, L.C.
11465 Sunset Hills Road
Suite 510
Reston, VA 20190

Owner of Unit Nos.

1012W, 1014W, 1015W, 1016W, 1017W
1112W, 1113W, 1115W, 1116W, 1118W
1119W, 1120W, 412W, 419W, 519W, 532W
619W, 718W, 719W, 822W, 823W, 923W, 147
151, 152, 154, 155, 156, 157, 238, 239, 241, 243
246, 247, 252, 253, 254, 258, 342, 343, 352, 354
360, 362, 363, 366, 370, 439, 440, 443, 445, 453
462, 463, 466, 470, 538, 540, 541, 543, 545, 547
557, 558, 560, 562, 563, 564, 568, 570, 571, 638
641, 642, 646, 649, 654, 662, 663, 664, 665, 669
742, 743, 746, 747, 749, 842, 843, 845, 847, 848
851, 942, 943, 945, 948, 949, 951, 1043, 1044,
1045, 1048, 1049, 1050, 1143, 1144, 1149, 1150

Corus Bank, N.A.

3959 North Lincoln Avenue )
Chicago, IL 60613 )
)
Serve on: )
)

    Joseph C. Glickman Chairman and )

    Robert J. Glickman, President and CEO )

    Corus Bank, NA )
    3959 North Lincoln Avenue )
    Chicago, IL 60613 )
)
Keybank National Association )
Attn: Real Estate Capital Services )
127 Public Square )
Cleveland, OH 44114-1306 )
)
Serve on: )
)

    Charles W. Sulerzyski )

    President Great Lakes Region )

    Keybank National Association )
    Attn: Real Estate Capital Services )
    127 Public Square )
    Cleveland, OH 44114-1306 )
)
Timothy Finn )
Serve at: )
1100 Nielson Court )
McLean, VA 22102 )
)
Charles L. Menges )
Serve at: )
McGuire Woods LLP )
One James Center )
901 East Cary Street )
Richmond, VA 23219-4030 )
)
Yongheui Lee )
Serve at: )
3650 S. Glebe Road, #148 )
Arlington, VA 22202 )
)
Just Mortgage, Inc. )

9680 Haven Avenue                                      )
Suite 200                                              )
Rancho Cucamonga, CA 91730                             )
                                                       )
Serve on:                                              )
                                                       )
    National Registered Agents, Inc.                   )
    526 King Street                                    )
    Suite 423                                          )
    Alexandria, VA 22314                               )
                                                       )
Title One                                              )
7535 Little River Turnpike                             )
Suite 100-D                                            )
Annandale, VA 22033                                    )
                                                       )
Serve on:                                              )
                                                       )
    John L. Melnick                                    )
    711 Park Avenue                                    )
    Falls Church, VA 22046                             )
                                                       )
                                                       )
Robert Allen Bartholomew                               )
Serve at:                                              )
3650 S. Glebe Road, #149                               )
Arlington, VA 22202                                    )
                                                       )
Metrocities Mortgage, LLC                              )
15301 Ventura Boulevard, Suite D300                    )
Sherman Oaks, CA 91403                                 )
                                                       )
Serve on:                                              )
                                                       )
    National Registered Agents, Inc.                   )
    526 King Street                                    )
    Suite 423                                          )
    Alexandria, VA 22314                               )
                                                       )
First American Title                                   )
1 First American Way                                   )
Santa Ana, CA 92707                                    )
                                                       )
Serve on:                                              )
                                                       )
    Corporation Service Company                        )

```
            1201 Hays Street                    )
            Tallahassee, FL 32301               )
                                                )
_____  )
                                                )
Rashmin Jardosh, Roshan Jardosh                 )
and Bharti Jardosh                              )
Serve at:                                       )
3650 S. Glebe Road, #150                        )
Arlington, VA 22202                             )
                                                )
Suntrust Mortgage, Inc.                         )
901 Semmes Avenue                               )
Richmond, VA 23224                              )
                                                )
Serve on:                                       )
                                                )
            David S. Hay                         )
            901 Semmes Avenue                    )
            Richmond, VA 23224                   )
                                                )
Jackie Miller                                   )
Serve at:                                       )
1001 Semmes Avenue                              )
Richmond, VA 23224                              )
_____  )
                                                )
Robert W. Rondeau                               )
Serve at:                                       )
3650 S. Glebe Road, #153                        )
Arlington, VA 22202                             )
                                                )
Fidelity & Trust Mortgage, Inc.                 )
7000 Wisconsin Avenue                           )
Chevy Chase, MD 20815                           )
                                                )
Serve on:                                       )
                                                )
            CT Corporation System               )
            4701 Cox Road                        )
            Suite 301                            )
            Glen Allen, VA 23060-6802            )
                                                )
David J. Conway                                 )
Serve at:                                       )
47704 League Court                              )
Potomac Falls, VA 20165                         )
```

```
                                            )
                                            )
Shawna B. Brioche and Rodolphe Brioche      )
Serve at:                                   )
3650 S. Glebe Road, #240                    )
Arlington, VA 22202                         )
                                            )
Countrywide Bank, F.S.B.                    )
1199 North Fairfax Street                   )
Suite 500                                   )
Alexandria, VA 22314                        )
                                            )
Serve on:                                   )
                                            )
        James S. Furash, President and CEO  )
        Countrywide Bank, N.A.              )
        1199 North Fairfax Street           )
        Suite 500                           )
        Alexandria, VA 22314                )
                                            )
Samuel I. White, P.C.                       )
Serve at:                                   )
130 Business Park Drive                     )
Virginia Beach, VA 23462                    )
AND                                         )
209 Business Park Drive                     )
Virginia Beach, VA 23462                    )
                                            )
                                            )
Kayra Alhambra and Jorge Fernandez          )
Serve at:                                   )
3650 S. Glebe Road, #242                    )
Arlington, VA 22202                         )
                                            )
IndyMac Bank, F.S.B.                        )
155 North Lake Avenue                       )
Pasadena, CA 91101                          )
                                            )
Serve on:                                   )
                                            )
        Michael W. Perry                    )
        Chairman and CEO                    )
        IndyMac Bank, F.S.B.                )
        888 East Walnut Street              )
        Pasadena, CA 91101                  )
                                            )
```

Lawyers Title Insurance Corporation )
8221 Old Courthouse Road )
Vienna, VA 22182 )
)
Serve on: )
)
      W. T. Conner )
      6545 Corporate Centre Boulevard )
      Orlando, FL 32822 )
_____ )
)
Obayedul Hoque )
Serve at: )
3650 S. Glebe Road, #244 )
Arlington, VA 22202 )
_____ )
)
Cheata Sieng and Min Lee )
Serve at: )
3650 S. Glebe Road, #245 )
Arlington, VA 22202 )
)
JP Morgan Chase, N.A. )
1111 Polaris Parkway )
Columbus, OH 43240 )
)
Serve on: )
)
      James Dimon, Chairman and CEO )
      JP Morgan Chase Bank, N.A. )
      270 Park Avenue )
      New York, NY 10017-2070 )
)
Thomas W. Rosenbohm )
Serve at: )
2607 Gadsby Place )
Alexandria, VA 22311 )
AND )
8142 American Holly Lane )
Lorton, VA 22079 )
_____ )
)
Margarida M. Alves )
Serve at: )
3650 S. Glebe Road, #248 )
Arlington, VA 22202 )

Fidelity & Trust Mortgage                        )
A Divison of Metrocities Mortgage, LLC            )
15301 Ventura Boulevard, Suite D300               )
Sherman Oaks, CA 91403                            )
                                                  )
Serve on:                                         )
                                                  )
                                                  )
         National Registered Agents, Inc.          )
         526 King Street                           )
         Suite 423                                 )
         Alexandria, VA 22314                      )
                                                  )
Hang T. Tran                                      )
Serve at:                                         )
9018 Chestnut Ridge Road                          )
Fairfax Station , VA 22039                        )
                                                  )
_____)
                                                  )
Nadeem Rehman                                     )
Serve at:                                         )
3650 S. Glebe Road, #249                          )
Arlington, VA 22202                               )
                                                  )
Fidelity & Trust Mortgage                         )
A Division of Metrocities Mortgage, LLC           )
15301 Ventura Boulevard, Suite D300               )
Sherman Oaks, CA 91403                            )
                                                  )
Serve on:                                         )
                                                  )
                                                  )
         National Registered Agents, Inc.          )
         526 King Street                           )
         Suite 423                                 )
         Alexandria, VA 22314                      )
                                                  )
Hang T. Tran                                      )
Serve at:                                         )
9018 Chestnut Ridge Road                          )
Fairfax Station , VA 22039                        )
                                                  )
_____)
                                                  )
Kevin Burke and Catherine Burke                   )
                                                  )
Serve at:                                         )
                                                  )
                                                  )

3650 S. Glebe Road, #250          )
Arlington, VA 22202               )
                                  )
Fidelity & Trust Mortgage, Inc.   )
7000 Wisconsin Avenue             )
Chevy Chase, MD 20815             )
                                  )
Serve on:                         )
                                  )
        CT Corporation System     )
        4701 Cox Road             )
        Suite 301                 )
        Glen Allen, VA 23060-6802 )
                                  )
David J. Conway                   )
Serve at:                         )
47704 League Court                )
Potomac Falls, VA 20165           )
―――――――――――――――――――――――――――        )
                                  )
Philip Lavietes                   )
Serve at:                         )
3650 S. Glebe Road, #251          )
Arlington, VA 22202               )
                                  )
Navy Federal Credit Union         )
P.O. Box 3000                     )
Merrifield, VA 22119-3000         )
                                  )
Serve on:                         )
                                  )
        VADM J. Cutler Dawson, Jr.)
        President and CEO         )
        Navy Federal Credit Union )
        820 Follin Lane           )
        Vienna, VA 22180          )
                                  )
Joan C. Cox and Charles E. Stewart)
Serve at:                         )
820 Follin Lane                   )
Vienna, VA 22180                  )
―――――――――――――――――――――――――――        )
                                  )
Mirfarhad Shahlavi                )
Serve at:                         )
3650 S. Glebe Road, #255          )

Arlington, VA 22202                              )
AND                                              )
23874 Kaleb Drive                                )
Corona, CA 92883                                 )
                                                 )
Washinton Mutual Bank, F.A.                      )
2273 North Green Valley Parkway                  )
Suite 14                                         )
Henderson, NV 89014                              )
                                                 )
     Serve on:          )
     Stephen J. Rotella, President    )
     Washinton Mutual Bank, F.A.      )
     2273 North Green Valley Parkway  )
     Suite 14                         )
     Henderson, NV 89014              )
                                                 )
John Burson                                      )
Serve at:                                        )
1816 N. Van Buren Street                         )
Arlington, VA 22205                              )
_____)
                                                 )
Rami Aboushakra and Sarah Aboushakra             )
Serve at:                                        )
3650 S. Glebe Road, #256                         )
Arlington, VA 22202                              )
                                                 )
Suntrust Mortgage, Inc.                          )
901 Semmes Avenue                                )
Richmond, VA 23224                               )
                                                 )
Serve on:                                        )
                                                 )
     David S. Hay                     )
     901 Semmes Avenue                )
     Richmond, VA 23224               )
                                                 )
Wachovia Bank, N.A.                              )
301 S. College Street, VA 0343                   )
Charlotte, NC 28288-0343                         )
                                                 )
Serve on:                                        )
                                                 )
     Corporation Service Company      )
     11 S. 12th Street                )

Richmond, VA 23218       )
      )
**Jackie Miller**      )
**Serve at:**      )
**1001 Semmes Avenue**      )
**Richmond, VA 23224**      )
      )
**TRSTE, Inc.**      )
**7711 Plantation Road, VA 0343**      )
**Roanoke, VA 24019**      )
      )
**Serve on:**      )
      )
    **Corporation Service Company**      )
    **11 S. 12th Street**      )
    **Richmond, VA 23218**      )
      )
**Robert G. Cassiano**      )
**Serve at:**      )
**3650 S. Glebe Road, #257**      )
**Arlington, VA 22202**      )
      )
**Suntrust Mortgage, Inc.**      )
**901 Semmes Avenue**      )
**Richmond, VA 23224**      )
      )
**Serve on:**      )
      )
    **David S. Hay**      )
    **901 Semmes Avenue**      )
    **Richmond, VA 23224**      )
      )
**Northwest Federal Credit Union**      )
**220 Spring Street**      )
**Herndon, VA 20170**      )
      )
**Serve on:**      )
      )
    **Gerrianne Burks, President**      )
    **Chief Executive Officer**      )
    **Northwest Federal Credit Union**      )
    **220 Spring Street**      )
    **Herndon, VA 20170**      )
      )
**Jackie Miller**      )

Serve at:                                        )
1001 Semmes Avenue                               )
Richmond, VA 23224                               )
                                                 )
Erin P. Krause and Jennifer K. Mullin            )
Serve at:                                        )
220 Spring Street                                )
Herndon, VA 20170                                )
                                                 )
_____            )
                                                 )
Susan A. Saunders                                )
Serve at:                                        )
3650 S. Glebe Road, #259                         )
Arlington, VA 22202                              )
                                                 )
Navy Federal Credit Union                        )
P.O. Box 3000                                    )
Merrifield, VA 22119-3000                        )
                                                 )
Serve on:                                        )
                                                 )
        VADM J. Cutler Dawson, Jr.               )
        President and CEO                         )
        Navy Federal Credit Union                )
        820 Follin Lane                          )
        Vienna, VA 22180                          )
                                                 )
Joan C. Cox and Charles E. Stewart               )
Serve at:                                        )
820 Follin Lane                                  )
Vienna, VA 22180                                 )
                                                 )
_____            )
                                                 )
Chiara Benitez                                   )
Serve at:                                        )
3650 S. Glebe Road, #260                         )
Arlington, VA 22202                              )
                                                 )
Suntrust Mortgage, Inc.                          )
901 Semmes Avenue                                )
Richmond, VA 23224                               )
                                                 )
Serve on:                                        )
                                                 )
        David S. Hay                             )
        901 Semmes Avenue                        )

Richmond, VA 23224                         )
                                           )
Jackie Miller                             )
Serve at:                                  )
1001 Semmes Avenue                         )
Richmond, VA 23224                         )
                                          ─)
                                           )
Jeanette Snyder and Antonio J. Andre       )
Serve at:                                  )
3650 S. Glebe Road, #261                   )
Arlington, VA 22202                        )
                                           )
Suntrust Mortgage, Inc.                    )
901 Semmes Avenue                          )
Richmond, VA 23224                         )
                                           )
Serve on:                                  )
                                           )
    David S. Hay                           )
    901 Semmes Avenue                      )
    Richmond, VA 23224                     )
                                           )
Jackie Miller                              )
Serve at:                                  )
1001 Semmes Avenue                         )
Richmond, VA 23224                         )
                                          ─)
                                           )
Molouk E. Layne and                        )
Nazanin Layne-Cunningham                   )
Serve at:                                  )
3650 S. Glebe Road, #262                   )
Arlington, VA 22202                        )
AND                                        )
2467 Windbreak Drive                       )
Alexandria, VA 22306                       )
                                           )
ING Bank, F.S.B.                           )
600 West St. Germain Street                )
Suite 200                                  )
St. Cloud, MN 56301                        )
                                           )
Serve on:                                  )
                                           )
    Arkadi Kuhlmann, Chairman,             )

President and Chief Executive Officer )
ING Bank, F.S.B. )
1 South Orange Street )
Wilmington, DE 19801 )
 )
Premier Title, Inc. )
8221 Old Courthouse Road )
Vienna, VA 22182 )
 )
Serve on: )
 )
 Gregory D. Haight )
 8221 Old Courthouse Road )
 Suite 300 )
 Vienna, VA 22180 )
 )
Laura J. Ragucci )
Serve at: )
3650 S. Glebe Road, #263 )
Arlington, VA 22202 )
 )
Suntrust Mortgage, Inc. )
901 Semmes Avenue )
Richmond, VA 23224 )
 )
Serve on: )
 )
 David S. Hay )
 901 Semmes Avenue )
 Richmond, VA 23224 )
 )
Jackie Miller )
Serve at: )
1001 Semmes Avenue )
Richmond, VA 23224 )
 )
Hwang Byun and Joon Byun )
Serve at: )
3650 S. Glebe Road, #264 )
Arlington, VA 22202 )
 )
Bank of America, N.A. )
9000 Southside Boulevard, #600 )
Jacksonville, FL 32256 )

- 13 -

```
                                              )
Serve on:                                     )
                                              )
        CT Corporation System                 )
        4701 Cox Road                          )
        Suite 301                              )
        Glen Allen, VA 23060-6802             )
                                              )
PRLAP, Inc.                                    )
1400 Best Plaza Drive                          )
Richmond, VA 23227                             )
                                              )
Serve on:                                      )
                                              )
        CT Corporation System                 )
        4701 Cox Road                          )
        Suite 301                              )
        Glen Allen, VA 23060-6802             )
                                              )
─────────────────────────────────────────────)
                                              )
Susan S. Slye                                  )
Serve at:                                      )
3650 S. Glebe Road, #265                       )
Arlington, VA 22202                            )
                                              )
Wells Fargo Bank, N.A.                         )
P.O. Box 5137                                  )
Des Moines, IA 50306-5137                      )
                                              )
Serve on:                                      )
                                              )
        Dick Kovacevich, Chairman and          )
        John G. Stumpf, President and CEO       )
        Wells Fargo Bank, N.A.                  )
        333 Market Street, Floor 16            )
        San Francisco, CA 94105-2102           )
        AND                                    )
        4365 Executive Drive, 17th Floor       )
        San Diego, CA 92121                    )
                                              )
Samuel I. White, P.C.                          )
Serve at:                                      )
130 Business Park Drive                        )
Virginia Beach, VA 23462                       )
AND                                           )
209 Business Park Drive                        )
```

Virginia Beach, VA 23462 )
——————————————————————— )
 )
Giovanni Gutierrez )
Serve at: )
3650 S. Glebe Road, #266 )
Arlington, VA 22202 )
 )
Fidelity & Trust Mortgage )
A Division of Metrocities Mortgage, LLC )
15301 Ventura Boulevard, Suite D300 )
Sherman Oaks, CA 91403 )
 )
Serve on: )
 )
     National Registered Agents, Inc. )
     526 King Street )
     Suite 423 )
     Alexandria, VA 22314 )
 )
Hang T. Tran )
Serve at: )
9018 Chestnut Ridge Road )
Fairfax Station , VA 22039 )
——————————————————————— )
 )
Sham M. Vengurlekar, MD, P.C., )
as Trustee of the Sham M. Vengurlekar, MD. )
P.C. Defined Benefit Pension Plan )
Serve at: )
3650 S. Glebe Road, #267 )
Arlington, VA 22202 )
——————————————————————— )
 )
Tekle Berhane and Saba Berhane )
Serve at: )
3650 S. Glebe Road, #338 )
Arlington, VA 22202 )
 )
Fidelity & Trust Mortgage, Inc. )
7000 Wisconsin Avenue )
Chevy Chase, MD 20815 )
 )
Serve on: )
 )
     CT Corporation System )

4701 Cox Road )
Suite 301 )
Glen Allen, VA 23060-6802 )
)
David J. Conway )
Serve at: )
47704 League Court )
Potomac Falls, VA 20165 )
)
_____ )
)
John J. Turner and Suja J. Turner )
Serve at: )
3650 S. Glebe Road, #339 )
Arlington, VA 22202 )
)
Home Savings & Trust Mortgage )
3701 Pender Drive )
Suite #150 )
Fairfax, VA 22030 )
)
Serve on: )
)
    George E. Cranwell )
    JAMS-01, Inc. )
    4113 Lee Highway )
    Arlington, VA 22207 )
)
Gary P. McInturff )
Serve at: )
3701 Pender Drive )
Suite #150 )
Fairfax, VA 22030 )
_____ )
)
Matthew A. Parrish )
Serve at: )
3650 S. Glebe Road, #340 )
Arlington, VA 22202 )
)
Suntrust Mortgage, Inc. )
901 Semmes Avenue )
Richmond, VA 23224 )
)
Serve on: )
)
    David S. Hay )

901 Semmes Avenue )
Richmond, VA 23224 )
)
Jackie Miller )
Serve at: )
1001 Semmes Avenue )
Richmond, VA 23224 )
_____)
)
Prakash Dsouza )
Serve at: )
3650 S. Glebe Road, #341 )
Arlington, VA 22202 )
)
Countrywide Bank, F.S.B. )
1199 North Fairfax Street )
Suite 500 )
Alexandria, VA 22314 )
)
Serve on: )
)
James S. Furash, President and CEO )
Countrywide Bank, N.A. )
1199 North Fairfax Street )
Suite 500 )
Alexandria, VA 22314 )
)
Samuel I. White, P.C. )
Serve at: )
130 Business Park Drive )
Virginia Beach, VA 23462 )
AND )
209 Business Park Drive )
Virginia Beach, VA 23462 )
_____)
)
Leslie A. Fisher )
Serve at: )
3650 S. Glebe Road, #344 )
Arlington, VA 22202 )
)
Suntrust Mortgage, Inc. )
901 Semmes Avenue )
Richmond, VA 23224 )
)
Serve on: )

- 17 -

David S. Hay                                           )
901 Semmes Avenue                                      )
Richmond, VA 23224                                     )
                                                       )
Jackie Miller                                          )
Serve at:                                              )
1001 Semmes Avenue                                     )
Richmond, VA 23224                                     )
                                                       )
_____                 )
                                                       )
Rogelio Masangkay and Rowena Masangkay                 )
Serve at:                                              )
3650 S. Glebe Road, #345                               )
Arlington, VA 22202                                    )
                                                       )
Fidelity & Trust Mortgage, Inc.                        )
7000 Wisconsin Avenue                                  )
Chevy Chase, MD 20815                                  )
                                                       )
Serve on:                                              )
                                                       )
        CT Corporation System                          )
        4701 Cox Road                                  )
        Suite 301                                      )
        Glen Allen, VA 23060-6802                      )
                                                       )
David J. Conway                                        )
Serve at:                                              )
47704 League Court                                     )
Potomac Falls, VA 20165                                )
                                                       )
_____                 )
                                                       )
John P. Arpino and Monica A. Gupta                     )
Serve at:                                              )
3650 S. Glebe Road, #346                               )
Arlington, VA 22202                                    )
                                                       )
Fidelity & Trust Mortgage                              )
A Division of Metrocities Mortgage, LLC                )
15301 Ventura Boulevard                                )
Suite D300                                             )
Sherman Oaks, CA 91403                                 )
                                                       )
Serve on:                                              )
                                                       )

National Registered Agents, Inc.    )
526 King Street    )
Suite 423    )
Alexandria, VA 22314    )
    )
Hang T. Tran    )
Serve at:    )
9018 Chestnut Ridge Road    )
Fairfax Station , VA 22039    )
    )
Lian Jin Huang    )
Serve at:    )
3650 S. Glebe Road, #347    )
Arlington, VA 22202    )
    )
JP Morgan Chase, N.A.    )
1111 Polaris Parkway    )
Columbus, OH 43240    )
    )
Serve on:    )
    )
    James Dimon, Chairman and CEO    )
    JP Morgan Chase Bank, N.A.    )
    270 Park Avenue    )
    New York, NY 10017-2070    )
    )
Thomas W. Rosenbohm    )
Serve at:    )
2607 Gadsby Place    )
Alexandria, VA 22311    )
AND    )
8142 American Holly Lane    )
Lorton, VA 22079    )
    )
Matthew Hollyfield    )
Serve at:    )
3650 S. Glebe Road, #348    )
Arlington, VA 22202    )
    )
Suntrust Mortgage, Inc.    )
901 Semmes Avenue    )
Richmond, VA 23224    )
    )
Serve on:    )

David S. Hay )
901 Semmes Avenue )
Richmond, VA 23224 )
)
Jackie Miller )
Serve at: )
1001 Semmes Avenue )
Richmond, VA 23224 )
)
———————————————— )
)
Jovanka Lukic )
Serve at: )
3650 S. Glebe Road, #349 )
Arlington, VA 22202 )
)
Countrywide Home Loans, Inc. )
d/b/a America's Wholesale Lender )
4500 Park Granada MSN# SVB-314 )
Calabasas, CA 91302-1613 )
)
Serve on: )
)
        CT Corporation System )
        4701 Cox Road )
        Suite 301 )
        Glen Allen, VA 23060-6802 )
)
Countrywide Bank, F.S.B. )
1199 North Fairfax Street )
Suite 500 )
Alexandria, VA 22314 )
)
Serve on: )
)
        James S. Furash, President and CEO )
        Countrywide Bank, N.A. )
        1199 North Fairfax Street )
        Suite 500 )
        Alexandria, VA 22314 )
)
Samuel I. White, P.C. )
Serve at: )
130 Business Park Drive )
Virginia Beach, VA 23462 )
AND )