209 Business Park Drive     )
Virginia Beach, VA 23462    )
              )
              )
Craig Kessler        )
Serve at:          )
3650 S. Glebe Road, #350    )
Arlington, VA 22202      )
              )
Fidelity & Trust Mortgage, Inc.  )
7000 Wisconsin Avenue     )
Chevy Chase, MD 20815    )
              )
Serve on:         )
              )
    CT Corporation System  )
    4701 Cox Road     )
    Suite 301       )
    Glen Allen, VA 23060-6802 )
              )
David J. Conway       )
Serve at:          )
47704 League Court      )
Potomac Falls, VA 20165    )
              )
Althea D. Blackwell     )
Serve at:          )
3650 S. Glebe Road, #351    )
Arlington, VA 22202      )
              )
Fidelity & Trust Mortgage, Inc.  )
7000 Wisconsin Avenue     )
Chevy Chase, MD 20815    )
              )
Serve on:         )
              )
    CT Corporation System  )
    4701 Cox Road     )
    Suite 301       )
    Glen Allen, VA 23060-6802 )
              )
Bank of America, N.A.     )
100 North Tryon Street     )
Charlotte, NC 28255      )
              )

Serve on:                                    )
                                             )
    **CT Corporation System**          )
    **4701 Cox Road**                 )
    **Suite 301**                     )
    **Glen Allen, VA 23060-6802**     )
                                             )
                                             )
**David J. Conway**                          )
Serve at:                                    )
**47704 League Court**                       )
**Potomac Falls, VA 20165**                  )
                                             )
**PRLAP, Inc.**                              )
**1400 Best Plaza Drive**                    )
**Richmond, VA 23227**                       )
                                             )
Serve on:                                    )
                                             )
    **CT Corporation System**          )
    **4701 Cox Road**                 )
    **Suite 301**                     )
    **Glen Allen, VA 23060-6802**     )
_____             )
                                             )
**Robert J. O'Neill, Jr. and Karen H. O'Neill**   )
Serve at:                                    )
**3650 S. Glebe Road, #353**                 )
**Arlington, VA 22202**                      )
                                             )
**Suntrust Mortgage, Inc.**                  )
**901 Semmes Avenue**                        )
**Richmond, VA 23224**                       )
                                             )
Serve on:                                    )
                                             )
    **David S. Hay**                   )
    **901 Semmes Avenue**             )
    **Richmond, VA 23224**            )
                                             )
**Jackie Miller**                            )
Serve at:                                    )
**1001 Semmes Avenue**                       )
**Richmond, VA 23224**                       )
_____             )
                                             )

Mary Ann D. Aker                                     )
Serve at:                                            )
3650 S. Glebe Road, #355                             )
Arlington, VA 22202                                  )
                                                     )
Crown Mortgage Corporation                           )
1615 Pontiac Avenue                                  )
Cranston, RI 02920                                   )
                                                     )
Serve on:                                            )
                                                     )
     CT Corporation System                    )
     4701 Cox Road                            )
     Suite 301                                )
     Glen Allen, VA 23060-6802                )
                                                     )
Premier Title, Inc.                                  )
8221 Old Courthouse Road                             )
Suite 300                                            )
Vienna, VA 22182                                     )
                                                     )
Serve on:                                            )
                                                     )
     Gregory D. Haight                        )
     8221 Old Courthouse Road                 )
     Suite 300                                )
     Vienna, VA 22180                         )
                                                     )
_____)
                                                     )
Dale R. Stokes and Theresia M. Altinger              )
Serve at:                                            )
3650 S. Glebe Road, #356                             )
Arlington, VA 22202                                  )
                                                     )
Pentagon Federal Credit Union                        )
2930 Eisenhower Avenue                               )
Alexandria, VA 22314                                 )
                                                     )
Serve on:                                            )
                                                     )
     James F. Quinn, Chairman of the Board    )
     Pentagon Federal Credit Union            )
     2930 Eisenhower Avenue                   )
     Alexandria, VA 22314                     )
                                                     )
Deborah L. Ames Naylor and James R. Schenck )

Serve at:                        )  
2930 Eisenhower Avenue     )  
Alexandria, VA 22314       )  
_____)  

Michael T. Baatai, Abeba Telahun )  
and Simon Gebru                )  
Serve at:                        )  
3650 S. Glebe Road, #357      )  
Arlington, VA 22202        )  
AND                         )  
60 Perimeter Ceneter Place, #647 )  
Atlanta, GA 30346          )  

Wachovia Mortgage Corp.      )  
1100 Corporate Center Drive   )  
Raleigh, NC 27607          )  

Serve on:                      )  

        Corporation Service Company )  
        11 S. 12th Street          )  
        Richmond, VA 23218      )  

TRSTE, Inc.                  )  
201 South Jefferson Street    )  
Roanoke, VA 24011          )  

Serve on:                      )  

        Corporation Service Company )  
        11 S. 12th Street          )  
        Richmond, VA 23218      )  
_____)  

Mohamed Sadiqui            )  
Serve at:                        )  
3650 S. Glebe Road, #358      )  
Arlington, VA 22202        )  

Countrywide Home Loans, Inc.   )  
d/b/a America's Wholesale Lender )  
4500 Park Granada MSN# SVB-314 )  
Calabasas, CA 91302-1613     )  

Serve on:                      )

```
            CT Corporation System              )
            4701 Cox Road                      )
            Suite 301                          )
            Glen Allen, VA 23060-6802          )
                                               )
Bank of America, N.A.                          )
100 North Tryon Street                         )
Charlotte, NC 28255                            )
                                               )
Serve on:                                      )
                                               )
            CT Corporation System              )
            4701 Cox Road                      )
            Suite 301                          )
            Glen Allen, VA 23060-6802          )
                                               )
Navy Federal Credit Union                      )
P.O. Box 3000                                  )
Merrifield, VA 22119-3000                      )
                                               )
Serve on:                                      )
                                               )
            VADM J. Cutler Dawson, Jr.         )
            President and CEO                  )
            Navy Federal Credit Union          )
            820 Follin Lane                    )
            Vienna, VA 22180                   )
                                               )
Samuel I. White, P.C.                          )
Serve at:                                      )
130 Business Park Drive                        )
Virginia Beach, VA 23462                       )
AND                                            )
209 Business Park Drive                        )
Virginia Beach, VA 23462                       )
                                               )
PRLAP, Inc.                                    )
1400 Best Plaza Drive                          )
VA2-410-02-01                                  )
Richmond, VA 23227                             )
                                               )
Serve on:                                      )
                                               )
            CT Corporation System              )
            4701 Cox Road                      )
```

**Suite 301**        )
  **Glen Allen, VA 23060-6802**  )
             )
**Joan C. Cox and Charles E. Stewart** )
**Serve at:**         )
**820 Follin Lane**       )
**Vienna, VA 22180**      )
             )
_____)
**Andrea Desumbila**      )
**Serve at:**         )
**3650 S. Glebe Road, #359**   )
**Arlington, VA 22202**     )
             )
**First Savings Mortgage Corporation** )
**8444 Westpark Drive, 4th Floor**  )
**McLean, VA 22102**      )
             )
**Serve on:**         )
             )
  **Larry F. Pratt**      )
  **8444 Westpark Drive**   )
  **4th Floor**        )
  **McLean, VA 22102**    )
             )
**Larry F. Pratt**        )
**Serve at:**         )
**8444 Westpark Drive**     )
**4th Floor**         )
**McLean, VA 22102**      )
_____)
             )
**Gene Kim**         )
**Serve at:**         )
**3650 S. Glebe Road, #361**   )
**Arlington, VA 22202**     )
             )
**Wells Fargo Bank, N.A.**    )
**P.O. Box 11701**       )
**Newark, NJ 07101-4701**    )
             )
**Serve on:**         )
             )
  **Dick Kovacevich, Chairman and** )
  **John G. Stumpf, President and CEO** )
  **Wells Fargo Bank, N.A.**   )
  **333 Market Street, Floor 16**  )

San Francisco, CA 94105-2102 )
AND )
4365 Executive Drive, 17th Floor )
San Diego, CA 92121 )
)
**Samuel I. White, P.C.** )
**Serve at:** )
**130 Business Park Drive** )
**Virginia Beach, VA 23462** )
**AND** )
**209 Business Park Drive** )
**Virginia Beach, VA 23462** )
———————————————————)
)
**Michael S. Sun** )
**Serve at:** )
**3650 S. Glebe Road, #364** )
**Arlington, VA 22202** )
)
**Fidelity & Trust Mortgage, Inc.** )
**7000 Wisconsin Avenue** )
**Chevy Chase, MD 20815** )
)
**Serve on:** )
)
    **CT Corporation System** )
    **4701 Cox Road** )
    **Suite 301** )
    **Glen Allen, VA 23060-6802** )
)
**David J. Conway** )
**Serve at:** )
**47704 League Court** )
**Potomac Falls, VA 20165** )
———————————————————)
)
**Timothy Armstrong** )
**Serve at:** )
**3650 S. Glebe Road, #365** )
**Arlington, VA 22202** )
)
**Fidelity & Trust Mortgage, Inc.** )
**7000 Wisconsin Avenue** )
**Chevy Chase, MD 20815** )
)
**Serve on:** )

CT Corporation System )
4701 Cox Road )
Suite 301 )
Glen Allen, VA 23060-6802 )
)
David J. Conway )
Serve at: )
47704 League Court )
Potomac Falls, VA 20165 )
)

Sayeda B. Kazmi )
Serve at: )
3650 S. Glebe Road, #367 )
Arlington, VA 22202 )
)
Countrywide Home Loans, Inc. )
d/b/a America's Wholesale Lender )
3975 Fair Ridge Drive )
Suite 275N )
Fairfax, VA 22033 )
)
Serve on: )
)
CT Corporation System )
4701 Cox Road )
Suite 301 )
Glen Allen, VA 23060-6802 )
)
Samuel I. White, P.C. )
Serve at: )
130 Business Park Drive )
Virginia Beach, VA 23462 )
AND )
209 Business Park Drive )
Virginia Beach, VA 23462 )
)

Mehret Ghebreyusus )
Serve at: )
3650 S. Glebe Road, #368 )
Arlington, VA 22202 )
)
Fidelity & Trust Mortgage, Inc. )
7000 Wisconsin Avenue )

Chevy Chase, MD 20815               )
)
Serve on:                               )
)
      CT Corporation System     )
      4701 Cox Road             )
      Suite 301                 )
      Glen Allen, VA 23060-6802 )
)
David J. Conway               )
Serve at:                         )
47704 League Court           )
Potomac Falls, VA 20165      )

_____)

Jane Lee                       )
Serve at:                         )
3650 S. Glebe Road, #369    )
Arlington, VA 22202          )
)
Countrywide Home Loans, Inc.   )
d/b/a America's Wholesale Lender  )
4500 Park Granada MSN# SVB-314 )
Calabasas, CA 91302-1613    )
)
Serve on:                             )
)
      CT Corporation System     )
      4701 Cox Road             )
      Suite 301                 )
      Glen Allen, VA 23060-6802 )
)
Samuel I. White, P.C.          )
Serve at:                         )
130 Business Park Drive      )
Virginia Beach, VA 23462     )
AND                              )
209 Business Park Drive      )
Virginia Beach, VA 23462     )

_____)

Lauchlin A. Kelly and Deborah L. Kelly )
Serve at:                         )
3650 S. Glebe Road, #371    )
Arlington, VA 22202          )
)

Navy Federal Credit Union           )
P.O. Box 3000           )
Merrifield, VA 22119-3000     )
    )
Serve on:       )
    )
    VADM J. Cutler Dawson, Jr.   )
    President and CEO   )
    Navy Federal Credit Union   )
    820 Follin Lane   )
    Vienna, VA 22180   )
    )
Joan C. Cox and Charles E. Stewart   )
Serve at:   )
820 Follin Lane   )
Vienna, VA 22180   )
    )

James R. Marshall   )
Serve at:   )
3650 S. Glebe Road, #438   )
Arlington, VA 22202   )
    )
Suntrust Mortgage, Inc.   )
901 Semmes Avenue   )
Richmond, VA 23224   )
    )
Serve on:   )
    )
    David S. Hay   )
    901 Semmes Avenue   )
    Richmond, VA 23224   )
    )
Jackie Miller   )
Serve at:   )
1001 Semmes Avenue   )
Richmond, VA 23224   )
    )

John Maxey and Patricia Maxey   )
Serve at:   )
3650 S. Glebe Road, #441   )
Arlington, VA 22202   )
    )
Fidelity & Trust Mortgage, Inc.   )
7000 Wisconsin Avenue   )

Chevy Chase, MD 20815 )
 )
Serve on: )
 )
 CT Corporation System )
 4701 Cox Road )
 Suite 301 )
 Glen Allen, VA 23060-6802 )
 )
David J. Conway )
Serve at: )
47704 League Court )
Potomac Falls, VA 20165 )
_____)
 )
William B. Park and Sue Y. Park )
Serve at: )
3650 S. Glebe Road, #442 )
Arlington, VA 22202 )
 )
Pentagon Federal Credit Union )
2930 Eisenhower Avenue )
Alexandria, VA 22314 )
 )
Serve on: )
 )
 James F. Quinn, Chairman of the Board )
 Pentagon Federal Credit Union )
 2930 Eisenhower Avenue )
 Alexandria, VA 22314 )
 )
Deborah L. Ames Naylor and James R. Schenck )
Serve at: )
2930 Eisenhower Avenue )
Alexandria, VA 22314 )
_____)
 )
Dereje Mesfin )
Serve at: )
3650 S. Glebe Road, #444 )
Arlington, VA 22202 )
 )
Bank of America, N.A. )
9000 Southside Boulevard, #600 )
Jacksonville, FL 32256 )
 )

Serve on:                                       )
                                                )
    **CT Corporation System**                  )
    **4701 Cox Road**                          )
    **Suite 301**                              )
    **Glen Allen, VA 23060-6802**              )
                                                )
**PRLAP, Inc.**                                 )
**1400 Best Plaza Drive**                       )
**Richmond, VA 23227**                          )
                                                )
Serve on:                                       )
                                                )
    **CT Corporation System**                  )
    **4701 Cox Road**                          )
    **Suite 301**                              )
    **Glen Allen, VA 23060-6802**              )

---

                                                )
**Kerri Rowan**                                 )
**Serve at:**                                   )
**3650 S. Glebe Road, #446**                    )
**Arlington, VA 22202**                         )
                                                )
**Suntrust Mortgage, Inc.**                     )
**901 Semmes Avenue**                           )
**Richmond, VA 23224**                          )
                                                )
**Serve on:**                                   )
                                                )
    **David S. Hay**                           )
    **901 Semmes Avenue**                      )
    **Richmond, VA 23224**                     )
                                                )
**Jackie Miller**                               )
**Serve at:**                                   )
**1001 Semmes Avenue**                          )
**Richmond, VA 23224**                          )

---

                                                )
**Nancy Shahadi and Keith Hedman**              )
**Serve at:**                                   )
**3650 S. Glebe Road, #447**                    )
**Arlington, VA 22202**                         )
**AND**                                         )
**1430 21st Street S**                          )

Arlington, VA 22202                                )
                                                   )
Fidelity & Trust Mortgage, Inc.                    )
7000 Wisconsin Avenue                              )
Chevy Chase, MD 20815                              )
                                                   )
Serve on:                                          )
                                                   )
    CT Corporation System      )
    4701 Cox Road               )
    Suite 301                   )
    Glen Allen, VA 23060-6802   )
                                                   )
David J. Conway                                    )
Serve at:                                          )
47704 League Court                                 )
Potomac Falls, VA 20165                            )
                                                   )
Younes Bousaidi                                    )
Serve at:                                          )
3650 S. Glebe Road, #448                           )
Arlington, VA 22202                                )
                                                   )
JP Morgan Chase, N.A.                              )
1111 Polaris Parkway                               )
Columbus, OH 43240                                 )
                                                   )
Serve on:                                          )
                                                   )
    James Dimon, Chairman and CEO    )
    JP Morgan Chase Bank, N.A.       )
    270 Park Avenue                  )
    New York, NY 10017-2070          )
                                                   )
National City Bank                                 )
P.O. Box 5570                                      )
Cleveland, OH 44101                                )
                                                   )
Serve on:                                          )
                                                   )
    Philip L. Rice, President and CEO    )
    National City Bank                   )
    National City Center                 )
    1900 E. Ninth Street                 )
    Cleveland, OH 44114-3484             )

Thomas W. Rosenbohm                     )
Serve at:                               )
2607 Gadsby Place                       )
Alexandria, VA 22311                    )
AND                                     )
8142 American Holly Lane                )
Lorton, VA 22079                        )
                                        )
Paul S. Bliley                          )
Serve at:                               )
2 James Center                          )
Richmond, VA 23219                      )
                                        )
_____)
                                        )
Brian Mathias                           )
Serve at:                               )
3650 S. Glebe Road, #449                )
Arlington, VA 22202                     )
                                        )
Fidelity & Trust Mortgage, Inc.         )
7000 Wisconsin Avenue                   )
Chevy Chase, MD 20815                   )
                                        )
Serve on:                               )
                                        )
    CT Corporation System           )
    4701 Cox Road                   )
    Suite 301                       )
    Glen Allen, VA 23060-6802       )
                                        )
David J. Conway                         )
Serve at:                               )
47704 League Court                      )
Potomac Falls, VA 20165                 )
_____)
                                        )
Patrick J. Malvaso, Elaine M. Malvaso   )
and Matthew P. Malvaso                  )
Serve at:                               )
3650 S. Glebe Road, #450                )
Arlington, VA 22202                     )
                                        )
Navy Federal Credit Union               )
P.O. Box 3000                           )
Merrifield, VA 22119-3000               )

Serve on:                                                )
                                                         )
                                                         )
      VADM J. Cutler Dawson, Jr.                         )
      President and CEO                                  )
      Navy Federal Credit Union                         )
      820 Follin Lane                                    )
      Vienna, VA 22180                                   )
                                                         )
Joan C. Cox and Charles E. Stewart                       )
Serve at:                                                )
820 Follin Lane                                          )
Vienna, VA 22180                                         )
                                                         )
_____                 )
                                                         )
Mamadou Diop                                             )
Serve at:                                                )
3650 S. Glebe Road, #451                                 )
Arlington, VA 22202                                      )
                                                         )
Suntrust Mortgage, Inc.                                  )
901 Semmes Avenue                                        )
Richmond, VA 23224                                       )
                                                         )
Serve on:                                                )
                                                         )
      David S. Hay                                       )
      901 Semmes Avenue                                  )
      Richmond, VA 23224                                 )
                                                         )
Jackie Miller                                            )
Serve at:                                                )
1001 Semmes Avenue                                       )
Richmond, VA 23224                                       )
                                                         )
_____                 )
                                                         )
Mohammad Hazrat Akbar                                    )
Serve at:                                                )
3650 S. Glebe Road, #452                                 )
Arlington, VA 22202                                      )
                                                         )
Horizon Mortgage Corp.                                   )
6506 Loisdale Road, Suite 325                            )
Springfield, VA 22150                                    )
                                                         )
Serve on:                                                )

John O. Long, III                  )
6506 Loisdale Road #103            )
Springfield, VA 22150              )
                                   )
                                   )
Fouad H. Naghmi                    )
Serve at:                          )
6506 Loisdale Road, Suite 103      )
Springfield, VA 22150              )
                                   )
─────────────────────────────────)
                                   )
Ahmed F. Elsayem                   )
Serve at:                          )
3650 S. Glebe Road, #454           )
Arlington, VA 22202                )
AND                                )
406 N. Elder Grove Drive           )
Pearland, TX 77584                 )
                                   )
Bank of America, N.A.              )
1400 Best Plaza Drive              )
Richmond, VA 23227                 )
                                   )
Serve on:                          )
                                   )
    CT Corporation System          )
    4701 Cox Road                  )
    Suite 301                      )
    Glen Allen, VA 23060-6802      )
                                   )
PRLAP, Inc.                        )
1400 Best Plaza Drive              )
Richmond, VA 23227                 )
                                   )
Serve on:                          )
                                   )
    CT Corporation System          )
    4701 Cox Road                  )
    Suite 301                      )
    Glen Allen, VA 23060-6802      )
─────────────────────────────────)
                                   )
Bradford Colvin                    )
Serve at:                          )
3650 S. Glebe Road, #455           )
Arlington, VA 22202                )

Fidelity & Trust Mortgage, Inc.　　　　　）
7000 Wisconsin Avenue　　　　　　　　　）
Chevy Chase, MD 20815　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　　）
Serve on:　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　　）
　　　　CT Corporation System　　　　　）
　　　　4701 Cox Road　　　　　　　　　　）
　　　　Suite 301　　　　　　　　　　　　）
　　　　Glen Allen, VA 23060-6802　　　　）
　　　　　　　　　　　　　　　　　　　　　）
David J. Conway　　　　　　　　　　　　　）
Serve at:　　　　　　　　　　　　　　　　）
47704 League Court　　　　　　　　　　　）
Potomac Falls, VA 20165　　　　　　　　　）
―――――――――――――――――――）
　　　　　　　　　　　　　　　　　　　　　）
Nevaire S. Rich and John L. Rich　　　　　）
Serve at:　　　　　　　　　　　　　　　　）
3650 S. Glebe Road, #456　　　　　　　　　）
Arlington, VA 22202　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　　）
Pentagon Federal Credit Union　　　　　　）
2930 Eisenhower Avenue　　　　　　　　　）
Alexandria, VA 22314　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　　）
Serve on:　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　　）
　　　　James F. Quinn, Chairman of the Board ）
　　　　Pentagon Federal Credit Union　　）
　　　　2930 Eisenhower Avenue　　　　　）
　　　　Alexandria, VA 22314　　　　　　）
　　　　　　　　　　　　　　　　　　　　　）
Deborah L. Ames Naylor, James R. Schenck ）
and Elizabeth Henkel　　　　　　　　　　）
Serve at:　　　　　　　　　　　　　　　　）
2930 Eisenhower Avenue　　　　　　　　　）
Alexandria, VA 22314　　　　　　　　　　）
―――――――――――――――――――）
　　　　　　　　　　　　　　　　　　　　　）
Claude Shelverton and Gaylyn Shelverton　）
Serve at:　　　　　　　　　　　　　　　　）
3650 S. Glebe Road, #457　　　　　　　　　）
Arlington, VA 22202　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　　）

- 37 -

Fidelity & Trust Mortgage, Inc.   )
7000 Wisconsin Avenue    )
Chevy Chase, MD 20815    )
             )
Serve on:         )
             )
  CT Corporation System  )
  4701 Cox Road    )
  Suite 301      )
  Glen Allen, VA 23060-6802 )
             )
David J. Conway     )
Serve at:        )
47704 League Court    )
Potomac Falls, VA 20165   )
             )

Bari M. Naim      )
Serve at:        )
3650 S. Glebe Road, #458   )
Arlington, VA 22202    )
             )
Wells Fargo Bank, N.A.    )
P.O. Box 5137      )
Des Moines, IA 50306-5137   )
             )
Serve on:         )
             )
  Dick Kovacevich, Chairman and )
  John G. Stumpf, President and CEO )
  Wells Fargo Bank, N.A.   )
  333 Market Street, Floor 16  )
  San Francisco, CA 94105-2102 )
  AND        )
  4365 Executive Drive, 17th Floor )
  San Diego, CA 92121   )
             )
Samuel I. White, P.C.    )
Serve at:        )
130 Business Park Drive    )
Virginia Beach, VA 23462   )
AND         )
209 Business Park Drive    )
Virginia Beach, VA 23462   )
             )
             )

MG SP 7, A Virginia LLC                          )
Serve at:                                        )
3650 S. Glebe Road, #459                         )
Arlington, VA 22202                              )
                                                 )
Fidelity & Trust Mortgage, Inc.                  )
7000 Wisconsin Avenue                            )
Chevy Chase, MD 20815                            )
                                                 )
Serve on:                                        )
                                                 )
        CT Corporation System                    )
        4701 Cox Road                            )
        Suite 301                                )
        Glen Allen, VA 23060-6802                )
                                                 )
Marc Wertheimer and Lisa Sincere                 )
Serve at:                                        )
7700 Old georgetown Road                         )
Suite 500                                        )
Bethesda, MD 20814                               )
_____)
                                                 )
Ankush Sharma                                    )
Serve at:                                        )
3650 S. Glebe Road, #460                         )
Arlington, VA 22202                              )
                                                 )
Wells Fargo Bank, N.A.                           )
P.O. Box 5137                                    )
Des Moines, IA 50306-5137                        )
                                                 )
Serve on:                                        )
                                                 )
        Dick Kovacevich, Chairman and            )
        John G. Stumpf, President and CEO        )
        Wells Fargo Bank, N.A.                   )
        333 Market Street, Floor 16             )
        San Francisco, CA 94105-2102             )
        AND                                      )
        4365 Executive Drive, 17th Floor         )
        San Diego, CA 92121                      )
                                                 )
Samuel I. White, P.C.                            )
Serve at:                                        )
130 Business Park Drive                          )

Virginia Beach, VA 23462               )
AND                                    )
209 Business Park Drive                )
Virginia Beach, VA 23462               )
                                       )
_____)
                                       )
Mohammad Sal Rahim                     )
Serve at:                              )
3650 S. Glebe Road, #461               )
Arlington, VA 22202                    )
                                       )
Fidelity & Trust Mortgage, Inc.        )
7000 Wisconsin Avenue                  )
Chevy Chase, MD 20815                  )
                                       )
Serve on:                              )
                                       )
        CT Corporation System         )
        4701 Cox Road                  )
        Suite 301                      )
        Glen Allen, VA 23060-6802      )
                                       )
David J. Conway                        )
Serve at:                              )
47704 League Court                     )
Potomac Falls, VA 20165                )
_____)
                                       )
Peter W. Wright                        )
Serve at:                              )
3650 S. Glebe Road, #464               )
Arlington, VA 22202                    )
                                       )
Apple Federal Credit Union             )
4029 Ridge Top Road                    )
Fairfax, VA 22030                      )
                                       )
        Serve on:                      )
        Larry Kelly, President and CEO )
        Apple Federal Credit Union     )
        4029 Ridge Top Road            )
        Fairfax, VA 22030              )
                                       )
Larry Kelly and Jonathon Guepe         )
Serve at:                              )
4029 Ridge Top Road                    )