# EXHIBIT 1

Received and Recorded
In the Office of the
Clerk of the Circuit Court
of Arlington County, Virginia

*$330,610*

OFFICIAL DEEDS RECEIPT
ARLINGTON CIRCUIT COURT

## File Information

Document #: 2008211122   Book / Page: 4206 / 1922   Date Recorded: 7/29/2008 3:05:17 PM   Clerk ID: lsmith

## Document Type

Document Type: MECHANICS LIEN

## Document Information

| | |
|---|---|
| Text Pages: 50 | Taxable Consideration: |
| Plat Pages: 0 | Actual Consideration: |
| Document Date: | Assumption Balance: |
| Received Of: BRADLEY ARANT ET AL | Original Amount: |
| Grantor: BEAL | New Amount: |
| Tax Exempt Code: None | County: ARLINGTON |

## Fees

| | |
|---|---|
| (038) State Grantor: $0.00 | (212) Arlington Co. Tariff: $0.00 |
| (039) State Tax: $0.00 | (220) Arlington Grantor: $0.00 |
| (145) State Library: $1.50 | (214) Falls Church Tax: $0.00 |
| (301) Clerk's Fee: $48.50 | (222) Falls Church Tariff: $0.00 |
| (106) Technology Fee: $5.00 | (223) Falls Church Grantor: $0.00 |
| (035) Open Air Preservation Fee: $0.00 | (414) Arlington Co. Regional Congestion Relief Fee: $0.00 |
| (036) Processing Fee: $0.00 | (416) Falls Church Regional Congestion Relief Fee: $0.00 |
| (213) Arlington Co. Tax: $0.00 | |

## Total

Document Total: $55.00

Arlington County, Virginia
Clerk of the Court's Office

This certificate annexed constitutes the
Clerk's endorsement required by sections 17-59,
17-79 and 58.1-802 of the code of Virginia

Paul Ferguson
Clerk

### Memorandum for Mechanic's Lien Claimed by General Contractor

**FILED**

JUL 2 9 2008

PAUL FERGUSON, Clerk
Circuit Court Arlington County VA
by_____Deputy Clerk

Name of Owners:     See <u>Attachment A</u>

Address of Owners:   See <u>Attachment A</u>

Name of Claimant:   Balfour Beatty Construction, LLC (f/k/a Centex Construction Company, Inc.)

Address of Claimant: 3924 Pender Drive
Fairfax, Virginia  22030

1.     **Type of materials or services furnished**: Claimant furnished labor and materials for the construction of a condominium as a general contractor to Comstock Potomac Yard, L.C. The work done was new construction.

2.     **Amount Claimed**: $ 330,610.  The lien amount is apportioned among the units to which this lien applies in accordance with the percentages set forth in the "% interest in common elements column" in <u>Attachment B</u>.

3.     **Type of Structure on which work done or materials furnished**: Multi-story, multi-building complex, located at 3600 and 3650 South Glebe Road, Arlington, Virginia, 22202, and consisting of The Eclipse on Center Park Condominium, a condominium as defined in VA Code § 55-79.41, with residential condominium units and retail space.

4.     **Brief description and location of real property**: All of that certain lot or parcel of land, or so much thereof as is necessary for the convenient use and enjoyment, known as The Eclipse on Center Park Condominium, as shown on the plat attached to the Declaration recorded in Deed Book 4033, Page 290, and any and all amendments and exhibits thereto, and being the same or portion of the same property conveyed to Comstock Potomac Yard, L.C. by that certain Deed recorded in Deed Book 3637, Page 1586, all among the land records of Arlington County, Virginia, including all condominium units, commercial units, common elements, limited common elements, buildings and improvements.

5.     **Date from which interest is claimed**:  July 29, 2008.

Date: July 29, 2008

It is the intent of the claimant to claim the benefit of a lien.

### [CONTINUED ON FOLLOWING PAGE]

**Balfour Beatty Construction, LLC**

John Tarpey
President and authorized agent for
Balfour Beatty Construction, LLC

## Affidavit

Commonwealth of Virginia
County (or City) of _Fairfax_

I _Janet E. McCord_ notary for the Commonwealth of Virginia, do certify that John Tarpey, President and authorized agent for the claimant, Balfour Beatty Construction, LLC, this day made oath before me in the County (or City) of _Fairfax_ that the owners listed in Attachment A to this memorandum of mechanic's lien are justly indebted to claimant in the sum of $330,610 dollars, for the consideration stated in the foregoing memorandum, and that the same is payable as therein stated.

Given under my hand this _22d_ day of _July_ 2008.

Notary Public

Notarial Seal:

JANET E MCCORD
Notary Public
Commonwealth of Virginia.
121776
My Commission Expires Nov 30, 2009

### Certificate of Mailing

The undersigned hereby certifies that she has mailed a copy of this memorandum of lien to the owners of the property at the owners' last known address (see addresses listed in Attachment A), on July 29, 2008.

Donna M. Crowe
Attorney for Balfour Beatty Construction, LLC

5/10534.1

# ATTACHMENT
# A

| OWNER NAME & ADDRESS | UNIT # | RPC NO. |
|---|---|---|
| ANDREW BEAL & BETH LEAH BEAL 8602 FARFIELDS WAY LAUREL, MD 20723 | 3600 S. GLEBE RD., #1013W ARLINGTON, VA 22202 | 34027300 |
| JOSEPH SCHERRER & DINA M. SCHERRER 3600 S. GLEBE RD., #1020W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #1020W ARLINGTON, VA 22202 | 34027307 |
| GARRY WHIPKEY 3600 S. GLEBE RD., #1021W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #1021W ARLINGTON, VA 22202 | 34027308 |
| YONG P. KWON 3600 S. GLEBE RD., #1114W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #1114W ARLINGTON, VA 22202 | 34027311 |
| VERNON M. PETERS & PAULETTA PETERS 3600 S. GLEBE RD., #1117W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #1117W ARLINGTON, VA 22202 | 34027314 |
| SOC VERSES & ROBERT GATTO 3600 S. GLEBE RD., #1121W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #1121W ARLINGTON, VA 22202 | 34027318 |
| KURT J. WEIERSTALL 3600 S. GLEBE RD., #201W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #201W ARLINGTON, VA 22202 | 34027075 |
| LINDA REESE-SMITH 3600 S. GLEBE RD., #202W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #202W ARLINGTON, VA 22202 | 34027076 |
| TARA N. BOWES 3600 S. GLEBE RD., #203W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #203W ARLINGTON, VA 22202 | 34027077 |
| TOM HASSENBOEHLER 3600 S. GLEBE RD., #204W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #204W ARLINGTON, VA 22202 | 34027078 |
| JUSTINE WELLS 3600 S. GLEBE RD., #205W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #205W ARLINGTON, VA 22202 | 34027079 |
| QUENTIN GILMORE 3600 S. GLEBE RD., #206W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #206W ARLINGTON, VA 22202 | 34027080 |
| HILLARI K. HAWKINS 3600 S. GLEBE RD., #207W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #207W ARLINGTON, VA 22202 | 34027081 |

# ATTACHMENT
## A

| OWNER NAME & ADDRESS | UNIT # | RPC NO. |
|---|---|---|
| SAM MOTAMEDI<br>3600 S. GLEBE RD., #208W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #208W<br>ARLINGTON, VA 22202 | 34027082 |
| FRANK HERNANDEZ &<br>PHILIP COX<br>3600 S. GLEBE RD., #209W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #209W<br>ARLINGTON, VA 22202 | 34027083 |
| JONATHAN IMPASTATO &<br>MELISSA IMPASTATO<br>3600 S. GLEBE RD., #210W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #210W<br>ARLINGTON, VA 22202 | 34027084 |
| HYUN JUNE LEE<br>3600 S. GLEBE RD., #211W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #211W<br>ARLINGTON, VA 22202 | 34027085 |
| GLENN A. SMITH<br>3600 S. GLEBE RD., #212W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #212W<br>ARLINGTON, VA 22202 | 34027086 |
| KRISTA BECKER<br>3600 S. GLEBE RD., #213W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #213W<br>ARLINGTON, VA 22202 | 34027087 |
| JAMES WILKINS, II<br>3600 S. GLEBE RD., #214W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #214W<br>ARLINGTON, VA 22202 | 34027088 |
| JASON BURNS<br>3600 S. GLEBE RD., #215W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #215W<br>ARLINGTON, VA 22202 | 34027089 |
| KELVIN KERCADO &<br>CARLOS SANTANA<br>3600 S. GLEBE RD., #216W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #216W<br>ARLINGTON, VA 22202 | 34027090 |
| CHARLES GILMAN &<br>JONATHAN WEST &<br>KEVIN J. REES<br>401 W BROAD ST<br>FALLS CHURCH, VA 22046 | 3600 S. GLEBE RD., #217W<br>ARLINGTON, VA 22202 | 34027091 |
| ROBERT KUSTER<br>3600 S. GLEBE RD., #218W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #218W<br>ARLINGTON, VA 22202 | 34027092 |
| INGVELDUR K. SCOBIE<br>3600 S. GLEBE RD., #219W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #219W<br>ARLINGTON, VA 22202 | 34027093 |

# ATTACHMENT
# A

| OWNER NAME & ADDRESS | UNIT # | RPC NO. |
|---|---|---|
| MICHAEL MAY & TARA L. C. MAY 3600 S. GLEBE RD., #220W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #220W ARLINGTON, VA 22202 | 34027094 |
| BIE C. LEE 3600 S. GLEBE RD., #221W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #221W ARLINGTON, VA 22202 | 34027095 |
| WILLIAM BENSTEN & TYLER BENSTEN 3600 S. GLEBE RD., #222W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #222W ARLINGTON, VA 22202 | 34027096 |
| JULIA A. KRISS & JEROME J. KRISS PO BOX 7591 ARLINGTON, VA 22207 | 3600 S. GLEBE RD., #223W ARLINGTON, VA 22202 | 34027097 |
| STEPHEN G. HARVEY & PAMELA L. BACINO-HARVEY 113 S COLUMBUS ST #301 ALEXANDRIA, VA 22314 | 3600 S. GLEBE RD., #224W ARLINGTON, VA 22202 | 34027098 |
| ANNA J. YI 9090 PURUS DR LORTON, VA 22079 | 3600 S. GLEBE RD., #225W ARLINGTON, VA 22202 | 34027099 |
| MAJID A. HADID 3600 S. GLEBE RD., #226W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #226W ARLINGTON, VA 22202 | 34027100 |
| JOUNG JU YI & BING G. YI 660 BELMONT BAY DR WOODBRIDGE, VA 22191 | 3600 S. GLEBE RD., #227W ARLINGTON, VA 22202 | 34027101 |
| NATHAN HILLERY 3600 S. GLEBE RD., #228W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #228W ARLINGTON, VA 22202 | 34027102 |
| PAUL F. PISCOPO & BETSY R. PISCOPO 3600 S. GLEBE RD., #229W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #229W ARLINGTON, VA 22202 | 34027103 |
| MELISSA L. WELCH & ROBERT WELCH 3600 S. GLEBE RD., #230W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #230W ARLINGTON, VA 22202 | 34027104 |
| ERNEST R. WHITEHOUSE & MARGARET WHITEHOUSE 3600 S. GLEBE RD., #231W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #231W ARLINGTON, VA 22202 | 34027105 |

# ATTACHMENT
# A

| OWNER NAME & ADDRESS | UNIT # | RPC NO. |
|---|---|---|
| JOHNNY A. BURTON<br>PO BOX 26019<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #232W<br>ARLINGTON, VA 22202 | 34027106 |
| CHRISTOPHER W. CAVANEY<br>3600 S. GLEBE RD., #233W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #233W<br>ARLINGTON, VA 22202 | 34027107 |
| KABLE BO DAVIS<br>WILLIAM GARRETT HURD<br>3600 S. GLEBE RD., #234W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #234W<br>ARLINGTON, VA 22202 | 34027108 |
| DAVID C. SEETS &<br>NANCY L. SEETS<br>3600 S. GLEBE RD., #235W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #235W<br>ARLINGTON, VA 22202 | 34027109 |
| KELLY WYCHE<br>3600 S. GLEBE RD., #236W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #236W<br>ARLINGTON, VA 22202 | 34027110 |
| BENJAMIN J. HALE &<br>MARA R. PELTZ<br>3600 S. GLEBE RD., #237W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #237W<br>ARLINGTON, VA 22202 | 34027111 |
| SPENCER STOUFFER &<br>BARBARA A. STOUFFER<br>19 MCKAY'S POINT RD<br>HILTON HEAD ISLAND, SC 29928 | 3600 S. GLEBE RD., #301W<br>ARLINGTON, VA 22202 | 34027112 |
| JUNE M. YOUMANS<br>3600 S. GLEBE RD., #302W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #302W<br>ARLINGTON, VA 22202 | 34027113 |
| ASSEFA ALEMU<br>3600 S. GLEBE RD., #304W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #304W<br>ARLINGTON, VA 22202 | 34027115 |
| WEI LU<br>3600 S. GLEBE RD., #305W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #305W<br>ARLINGTON, VA 22202 | 34027116 |
| GARY P. FOX<br>3600 S. GLEBE RD., #306W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #306W<br>ARLINGTON, VA 22202 | 34027117 |
| WILLIAM J. MOLLOY &<br>PAMELA S. MOLLOY<br>1641 LADUE CT #301<br>WOODBRIDGE, VA 22191 | 3600 S. GLEBE RD., #307W<br>ARLINGTON, VA 22202 | 34027118 |

# ATTACHMENT
# A

| OWNER NAME & ADDRESS | UNIT # | RPC NO. |
|---|---|---|
| MARIANNA JOHNNIDES & KOSTAS IOANNOU 3600 S. GLEBE RD., #308W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #308W ARLINGTON, VA 22202 | 34027119 |
| WILLIAM F. LITTLE 3600 S. GLEBE RD., #309W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #309W ARLINGTON, VA 22202 | 34027120 |
| RYAN EDDY & MONICA EDDY 3600 S. GLEBE RD., #310W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #310W ARLINGTON, VA 22202 | 34027121 |
| ERIK T. WILKINS 3600 S. GLEBE RD., #311W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #311W ARLINGTON, VA 22202 | 34027122 |
| ELIZABETH MENDEZ 3600 S. GLEBE RD., #312W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #312W ARLINGTON, VA 22202 | 34027123 |
| JOON H. KIM 3600 S. GLEBE RD., #313W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #313W ARLINGTON, VA 22202 | 34027124 |
| LAN NGUYEN & HOANG NGUYEN 3600 S. GLEBE RD., #314W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #314W ARLINGTON, VA 22202 | 34027125 |
| LORENZO M. THROWER 20922 MCINTOSH PL LEESBURG, VA 20175 | 3600 S. GLEBE RD., #315W ARLINGTON, VA 22202 | 34027126 |
| ANTHONY NAPOLI 3600 S. GLEBE RD., #316W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #316W ARLINGTON, VA 22202 | 34027127 |
| WILLIAM F. MEININGER & CAROLYN A. MEININGER 3600 S. GLEBE RD., #317W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #317W ARLINGTON, VA 22202 | 34027128 |
| KIMBERLY FOLSOM 3600 S. GLEBE RD., #318W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #318W ARLINGTON, VA 22202 | 34027129 |
| CHRISTIAN T. WOOD & JENNIFER LONGMEYER-WOOD 3600 S. GLEBE RD., #319W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #319W ARLINGTON, VA 22202 | 34027130 |

# ATTACHMENT
## A

| OWNER NAME & ADDRESS | UNIT # | RPC NO. |
|---|---|---|
| KERR S. EVANS & ROYA KHAIRZAD EVANS 3600 S. GLEBE RD., #320W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #320W ARLINGTON, VA 22202 | 34027131 |
| NENA CHHUN & MICHAEL PATRONE 1621 FREMONT LN. VIENNA, VA 22182 | 3600 S. GLEBE RD., #321W ARLINGTON, VA 22202 | 34027132 |
| MARY E. KELSO 3600 S. GLEBE RD., #322W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #322W ARLINGTON, VA 22202 | 34027133 |
| DEAN P. YEONAS RICHARD H. ELLIS 6862 ELM ST #410 MCLEAN, VA 22101 | 3600 S. GLEBE RD., #323W ARLINGTON, VA 22202 | 34027134 |
| KATHERINA BARRETTO 3600 S. GLEBE RD., #324W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #324W ARLINGTON, VA 22202 | 34027135 |
| D. LYNNE GALLITZ & JOHN F. MUNNELL 3600 S. GLEBE RD., #325W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #325W ARLINGTON, VA 22202 | 34027136 |
| LINDA A. BANKS 3600 S. GLEBE RD., #326W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #326W ARLINGTON, VA 22202 | 34027137 |
| ELENIE N. BOOSALIS 3600 S. GLEBE RD., #327W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #327W ARLINGTON, VA 22202 | 34027138 |
| MARINA MOGIL & DAVID KOZMYCZ 3600 S. GLEBE RD., #328W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #328W ARLINGTON, VA 22202 | 34027139 |
| ADAM R. DAVOS & MICHAEL S. DAVIS 3600 S. GLEBE RD., #329W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #329W ARLINGTON, VA 22202 | 34027140 |
| BAIJU CHOUDHARY 3600 S. GLEBE RD., #330W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #330W ARLINGTON, VA 22202 | 34027141 |
| ROSS B. MCWILLIAMS & CHRISTOPHER J. BALLARD 3600 S. GLEBE RD., #331W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #331W ARLINGTON, VA 22202 | 34027142 |

10585 V3

# ATTACHMENT A

| OWNER NAME & ADDRESS | UNIT # | RPC NO. |
|---|---|---|
| YOUNG C. CHO & SEUNG CHA CHO 513 WEST BROAD ST #413 FALLS CHURCH, VA 22046 | 3600 S. GLEBE RD., #332W ARLINGTON, VA 22202 | 34027143 |
| NANCY HABIBA JILANI 3600 S. GLEBE RD., #333W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #333W ARLINGTON, VA 22202 | 34027144 |
| KATHERINE J. ROBEY & JAMES W. ROBEY 3600 S. GLEBE RD., #334W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #334W ARLINGTON, VA 22202 | 34027145 |
| SHELLY MANN 3600 S. GLEBE RD., #335W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #335W ARLINGTON, VA 22202 | 34027146 |
| JARERATT SILPRASERT 3600 S. GLEBE RD., #336W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #336W ARLINGTON, VA 22202 | 34027147 |
| JAVIER CASTRO 3600 S. GLEBE RD., #337W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #337W ARLINGTON, VA 22202 | 34027148 |
| ERIK T. MCLAUGHLIN 3600 S. GLEBE RD., #401W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #401W ARLINGTON, VA 22202 | 34027149 |
| JENNIFER A. CARLSON 3600 S. GLEBE RD., #402W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #402W ARLINGTON, VA 22202 | 34027150 |
| ANGELA M. KOZIK & LAURA A. KOZIK 3600 S. GLEBE RD., #403W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #403W ARLINGTON, VA 22202 | 34027151 |
| HAYDEN A. RHUDY 3600 S. GLEBE RD., #404W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #404W ARLINGTON, VA 22202 | 34027152 |
| GEOVANA ACOSTA-SIERRA MARIO S. GARCIA-AMADOR 3600 S. GLEBE RD., #405W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #405W ARLINGTON, VA 22202 | 34027153 |
| ELISSA Y. TALLEY-SEYMOUR 3600 S. GLEBE RD., #406W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #406W ARLINGTON, VA 22202 | 34027154 |
| JAY K. RANGAN 3600 S. GLEBE RD., #407W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #407W ARLINGTON, VA 22202 | 34027155 |

# ATTACHMENT A

| OWNER NAME & ADDRESS | UNIT # | RPC NO. |
|---|---|---|
| REBECCA L. DARNE<br>3600 S. GLEBE RD., #408W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #408W<br>ARLINGTON, VA 22202 | 34027156 |
| ANTHONY ASONGWED<br>3600 S. GLEBE RD., #409W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #409W<br>ARLINGTON, VA 22202 | 34027157 |
| PHILIP M. GRIFFIN<br>10102 HAREWOOD CT<br>GREAT FALLS, VA 22066 | 3600 S. GLEBE RD., #410W<br>ARLINGTON, VA 22202 | 34027158 |
| RICKI KAMANTIGUE<br>3600 S. GLEBE RD., #411W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #411W<br>ARLINGTON, VA 22202 | 34027159 |
| RITA LUDQICZAK<br>3600 S. GLEBE RD., #413W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #413W<br>ARLINGTON, VA 22202 | 34027161 |
| SUZANA S. CHOWDHURY<br>3600 S. GLEBE RD., #414W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #414W<br>ARLINGTON, VA 22202 | 34027162 |
| GARY WATT<br>3600 S. GLEBE RD., #415W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #415W<br>ARLINGTON, VA 22202 | 34027163 |
| AURORA LOAN SERVICES LLC<br>601 FIFTH AVENUE<br>SCOTTSBLUFF, NE 69361 | 3600 S. GLEBE RD., #416W<br>ARLINGTON, VA 22202 | 34027164 |
| FRANK K. BROOKS &<br>PENELOPE A. BROOKS<br>3600 S. GLEBE RD., #417W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #417W<br>ARLINGTON, VA 22202 | 34027165 |
| JACQUELINE SCHILLIG<br>3600 S. GLEBE RD., #418W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #418W<br>ARLINGTON, VA 22202 | 34027166 |
| GIANCARLO CASTRO<br>3600 S. GLEBE RD., #420W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #420W<br>ARLINGTON, VA 22202 | 34027168 |
| KEITH W. RUDEMILLER &<br>JENNIFER W. RUDEMILLER<br>3600 S. GLEBE RD., #421W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #421W<br>ARLINGTON, VA 22202 | 34027169 |
| GIRIDHAR VELAGUPUDI<br>3600 S. GLEBE RD., #422W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #422W<br>ARLINGTON, VA 22202 | 34027170 |
| HOWARD WALLACH<br>PO BOX 10303<br>MCLEAN, VA 22102 | 3600 S. GLEBE RD., #423W<br>ARLINGTON, VA 22202 | 34027171 |

# ATTACHMENT
## A

| OWNER NAME & ADDRESS | UNIT # | RPC NO. |
|---|---|---|
| CHERYL REGAN<br>3600 S. GLEBE RD., #424W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #424W<br>ARLINGTON, VA 22202 | 34027172 |
| RICHARD P. WEIERSTALL &<br>GAIL WEIERSTALL<br>7 STEWART ST<br>ROUSES POINT, NY 12979 | 3600 S. GLEBE RD., #425W<br>ARLINGTON, VA 22202 | 34027173 |
| KAMALA TIWARRI<br>3600 S. GLEBE RD., #426W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #426W<br>ARLINGTON, VA 22202 | 34027174 |
| AREZOU MIRDAMADI &<br>FARIDEH PEJMAN<br>3600 S. GLEBE RD., #427W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #427W<br>ARLINGTON, VA 22202 | 34027175 |
| EDWIN C. PATRU<br>3600 S. GLEBE RD., #428W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #428W<br>ARLINGTON, VA 22202 | 34027176 |
| DARRYL ANDERSON &<br>TANYA L. GUNN<br>3600 S. GLEBE RD., #429W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #429W<br>ARLINGTON, VA 22202 | 34027177 |
| DANIEL R. KENDALL<br>3600 S. GLEBE RD., #430W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #430W<br>ARLINGTON, VA 22202 | 34027178 |
| LANA M. MANITTA<br>3600 S. GLEBE RD., #431W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #431W<br>ARLINGTON, VA 22202 | 34027179 |
| KIMBERLY K. SETTELEN<br>3600 S. GLEBE RD., #432W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #432W<br>ARLINGTON, VA 22202 | 34027180 |
| GEORGE J. ANGELOVIC, JR &<br>AMY L. SCHMITT<br>3600 S. GLEBE RD., #433W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #433W<br>ARLINGTON, VA 22202 | 34027181 |
| MIYUN SUNG<br>3600 S. GLEBE RD., #434W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #434W<br>ARLINGTON, VA 22202 | 34027182 |
| TODD BROWNE<br>3600 S. GLEBE RD., #435W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #435W<br>ARLINGTON, VA 22202 | 34027183 |
| RONALD A. BELTZ<br>3600 S. GLEBE RD., #436W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #436W<br>ARLINGTON, VA 22202 | 34027184 |

10585 V3

# ATTACHMENT A

| OWNER NAME & ADDRESS | UNIT # | RPC NO. |
|---|---|---|
| TIN NGUYEN & TOLAN PHAM 3600 S. GLEBE RD., #437W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #437W ARLINGTON, VA 22202 | 34027185 |
| NEARTRACE PROPERTIES, LLC 3600 S. GLEBE RD., #501W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #501W ARLINGTON, VA 22202 | 34027186 |
| ANDREW TOTH, JR. 3600 S. GLEBE RD., #502W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #502W ARLINGTON, VA 22202 | 34027187 |
| THAO LAM 3600 S. GLEBE RD., #503W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #503W ARLINGTON, VA 22202 | 34027188 |
| JAMES E. BEAL PO BOX 974 GREENBELT, MD 20768 | 3600 S. GLEBE RD., #504W ARLINGTON, VA 22202 | 34027189 |
| QUYNH NGUYEN 3600 S. GLEBE RD., #505W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #505W ARLINGTON, VA 22202 | 34027190 |
| NICHOLAS SOMERS 3600 S. GLEBE RD., #506W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #506W ARLINGTON, VA 22202 | 34027191 |
| NANCY BRANDON 3600 S. GLEBE RD., #507W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #507W ARLINGTON, VA 22202 | 34027192 |
| EVA DAY 3600 S. GLEBE RD., #508W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #508W ARLINGTON, VA 22202 | 34027193 |
| JESUS C. MAGAT 3600 S. GLEBE RD., #509W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #509W ARLINGTON, VA 22202 | 34027194 |
| COREY MCDANIEL & MARSHA L. MCDANIEL 3600 S. GLEBE RD., #510W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #510W ARLINGTON, VA 22202 | 34027195 |
| PHILIP M. DREW & MARIANNE B. DREW c/o GOLDSTONE SERV & ESCROW PO BOX 650852 STERLING, VA 20165 | 3600 S. GLEBE RD., #511W ARLINGTON, VA 22202 | 34027196 |
| GERMAN DEFFIT & NORA E. RON-PEDRIQUE 3600 S. GLEBE RD., #512W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #512W ARLINGTON, VA 22202 | 34027197 |

10585 V3

# ATTACHMENT
## A

| OWNER NAME & ADDRESS | UNIT # | RPC NO. |
|---|---|---|
| ANDREW W. CHRISS & JENNIFER A. CHRISS 3600 S .GLEBE RD., #513W ARLINGTON, VA 22202 | 3600 S .GLEBE RD., #513W ARLINGTON, VA 22202 | 34027198 |
| STEVE WILBERGER & MONICA WILBERGER 3913 ELBERT AVE ALEXANDRIA, VA 22305 | 3600 S. GLEBE RD., #514W ARLINGTON, VA 22202 | 34027199 |
| ALEXANDER LIU & ING-ING LIU 6840 MELROSE DR MCLEAN, VA 22101 | 3600 S. GLEBE RD., #515W ARLINGTON, VA  22202 | 34027200 |
| PATRICK MCCOY 3600 S. GLEBE RD., #516W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #516W ARLINGTON, VA 22202 | 34027201 |
| FERECHTA MCELROY 3600 S. GLEBE RD.,  #517W ARLINGTON, VA 22202 | 3600 S. GLEBE RD.,  #517W ARLINGTON, VA 22202 | 34027202 |
| ROBERT R. MARTINELLI & LYNDSEY S. MARTINELLI 3600 S. GLEBE RD.,  #518W ARLINGTON, VA 22202 | 3600 S. GLEBE RD.,  #518W ARLINGTON, VA 22202 | 34027203 |
| HANNAH L. RAMOS 3600 S. GLEBE RD., #520W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #520W ARLINGTON, VA 22202 | 34027205 |
| SUSAN BANCROFT LEAVITT 3600 S. GLEBE RD., #522W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #522W ARLINGTON, VA 22202 | 34027207 |
| JACK D. SMITH, JR. SCHERTLINGASSE 10 4051 BASEL SWITZERLAND | 3600 S. GLEBE RD., #523W ARLINGTON, VA  22202 | 34027208 |
| WILLSON BOSIACK 3600 S. GLEBE RD., #524W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #524W ARLINGTON, VA 22202 | 34027209 |
| JOHN FRANCIS KONYA 3600 S. GLEBE RD.,  #525W ARLINGTON, VA 22202 | 3600 S. GLEBE RD.,  #525W ARLINGTON, VA 22202 | 34027210 |
| BRUCE  WOODHAM & MICHA WOODHAM 6213 HARD BARGAIN CIR INDIAN HEAD, MD 20640 | 3600 S. GLEBE RD., #526W ARLINGTON, VA  22202 | 34027211 |
| SLEIMAN ESSAU 3600 S. GLEBE RD.,  #527W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #527W ARLINGTON, VA 22202 | 34027212 |

10585 V3

# ATTACHMENT
## A

| OWNER NAME & ADDRESS | UNIT # | RPC NO. |
|---|---|---|
| MARTIN R. IRIZARRY<br>3600 S. GLEBE RD., #528W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #528W<br>ARLINGTON, VA 22202 | 34027213 |
| MOHAMED RAFEEQ RAHIMAN<br>1114 N STAFFORD ST #D<br>ARLINGTON, VA 22201 | 3600 S. GLEBE RD., #529W<br>ARLINGTON, VA 22202 | 34027214 |
| JOSEPH J. BECKVERMIT<br>3600 S. GLEBE RDM, #530W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RDM, #530W<br>ARLINGTON, VA 22202 | 34027215 |
| DEANN K. MALONE<br>3600 S. GLEBE RD., #531W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #531W<br>ARLINGTON, VA 22202 | 34027216 |
| AMPARO DELACRUZ &<br>ARLENE F. DELACRUZ &<br>ANGELA ROSE DELACRUZ &<br>EDWARD MARK DELACRUZ<br>3600 S. GLEBE RD., #533W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #533W<br>ARLINGTON, VA 22202 | 34027218 |
| LIN HUI<br>WONG WAI PING, ET AL<br>3600 S. GLEBE RD., #534 W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #534 W<br>ARLINGTON, VA 22202 | 34027219 |
| TAE HWAN KIM<br>3600 S. GLEBE RD #535W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #535W<br>ARLINGTON, VA 22202 | 34027220 |
| MARTIN A. THOMAS &<br>VINCENT J. CURCIO, III<br>3600 S. GLEBE RD #536W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD #536W<br>ARLINGTON, VA 22202 | 34027221 |
| JHOON G. RHEE &<br>THERESA RHEE<br>3600 S. GLEBE RD #537W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD #537W<br>ARLINGTON, VA 22202 | 34027222 |
| WILLIAM B. BURDESHAW &<br>THOMAS B. BURDESHAW<br>3600 S. GLEBE RD., #601W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #601W<br>ARLINGTON, VA 22202 | 34027223 |
| YINGXIA JIANG<br>3600 S. GLEBE RD., #602W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #602W<br>ARLINGTON, VA 22202 | 34027224 |
| SHEILA JOHNSON &<br>PAULA EISENACH<br>203 GARMOUTH CT<br>MT PLEASANT, SC 29466 | 3600 S. GLEBE RD., #603W<br>ARLINGTON, VA 22202 | 34027225 |

10585 V3

# ATTACHMENT
## A

| OWNER NAME & ADDRESS | UNIT # | RPC NO. |
|---|---|---|
| RICHARD ELLIS &<br>JASON ELLIS<br>3600 S. GLEBE RD., #604W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #604W<br>ARLINGTON, VA 22202 | 34027226 |
| BLAIR MILLIGAN<br>3600 S. GLEBE RD., #605W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #605W<br>ARLINGTON, VA 22202 | 34027227 |
| GHOLAM REZA FAHIMI<br>3600 S. GLEBE RD., #606W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #606W<br>ARLINGTON, VA 22202 | 34027228 |
| TARA MILES<br>3600 S. GLEBE RD., #607W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #607W<br>ARLINGTON, VA 22202 | 34027229 |
| LAUREN MAHER-DYCUS<br>3600 S. GLEBE RD., #608W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #608W<br>ARLINGTON, VA 22202 | 34027230 |
| LEE HARVEY UROUIJO &<br>NATALIA M. GUERRA<br>3600 S. GLEBE RD., #609W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #609W<br>ARLINGTON, VA 22202 | 34027231 |
| DAVID B. ARMAH &<br>EVA O. ARMAH<br>3600 S. GLEBE RD., #610W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #610W<br>ARLINGTON, VA 22202 | 34027232 |
| MARY DEANNA COZART &<br>SCOTT ALLEN COZART<br>3600 S. GLEBE RD., #611W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #611W<br>ARLINGTON, VA 22202 | 34027233 |
| BRYAN FELDER<br>3600 S. GLEBE RD., #612W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #612W<br>ARLINGTON, VA 22202 | 34027234 |
| SONIA J. MARIANO<br>3600 S. GLEBE RD., #613W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #613W<br>ARLINGTON, VA 22202 | 34027235 |
| RITA COSTELLO<br>3600 S. GLEBE RD., #614W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #614W<br>ARLINGTON, VA 22202 | 34027236 |
| JACOB C. WESTHOFF<br>3600 S. GLEBE RD., #615W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #615W<br>ARLINGTON, VA 22202 | 34027237 |
| BRENDAN M. KELLY &<br>JULIE C. KELLY<br>12A EAST CHAPMAN ST<br>ALEXANDRIA, VA 22301 | 3600 S. GLEBE RD #616W<br>ARLINGTON, VA 22202 | 34027238 |

# ATTACHMENT
# A

| OWNER NAME & ADDRESS | UNIT # | RPC NO. |
|---|---|---|
| BAHTA GIDE & SARA TZEGGAL 3600 S. GLEBE RD., #617W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #617W ARLINGTON, VA 22202 | 34027239 |
| JEAN F. STEFFEN 3600 S. GLEBE RD., #618W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #618W ARLINGTON, VA 22202 | 34027240 |
| KHALIL M. RASHED 3600 S. GLEBE RD., #620W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #620W ARLINGTON, VA 22202 | 34027242 |
| BROOKS T. KOCHVAR 3600 S. GLEBE RD., #621W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #621W ARLINGTON, VA.22202 | 34027243 |
| SHELLY B. SHULER 3600 S. GLEBE RD., #622W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #622W ARLINGTON, VA 22202 | 34027244 |
| BRADFORD C. BENSTEN & WILLIAM BENSTEN 3600 S. GLEBE RD., #623W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #623W ARLINGTON, VA 22202 | 34027245 |
| THOMAS M. MUTH, II 3600 S. GLEBE RD., #624W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #624W ARLINGTON, VA 22202 | 34027246 |
| JULIO A. SALCEDO 3600 S. GLEBE RD , #625W ARLINGTON, VA 22202 | 3600 S. GLEBE RD , #625W ARLINGTON, VA 22202 | 34027247 |
| RICHARD J. TOM 3600 S. GLEBE RD., #626W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #626W ARLINGTON, VA 22202 | 34027248 |
| CHANTHAVY SOEUR & SAMNANG SOEUR 3600 S. GLEBE RD., #627W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #627W ARLINGTON, VA 22202 | 34027249 |
| OMID ROKNI 3600 S. GLEBE RD., #628W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #628W ARLINGTON, VA 22202 | 34027250 |
| WAYNE ROGERS JOHNSON 3600 S. GLEBE RD., #629W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #629W ARLINGTON, VA.22202 | 34027251 |
| TRACY LYNN FISHER 3600 S. GLEBE RD., #630W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #630W ARLINGTON, VA 22202 | 34027252 |

# ATTACHMENT
## A

| OWNER NAME & ADDRESS | UNIT # | RPC NO. |
|---|---|---|
| STELLA COHEN-SCALI<br>3600 S. GLEBE RD., #631W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #631W<br>ARLINGTON, VA 22202 | 34027253 |
| ELIZABETH L. STANFORD<br>3600 S. GLEBE RD., #632W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #632W<br>ARLINGTON, VA 22202 | 34027254 |
| BEOM-GU YEO<br>3600 S. GLEBE RD., #633W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #633W<br>ARLINGTON, VA 22202 | 34027255 |
| ROBERT LORENZO<br>3600 S. GLEBE RD., #634W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #634W<br>ARLINGTON, VA 22202 | 34027256 |
| HELEN M. DOUGAN<br>3600 S. GLEBE RD., #635W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #635W<br>ARLINGTON, VA 22202 | 34027257 |
| THOMAS J. LACROSSE<br>1809 LANDIS RD 2<br>NORRISTOWN, PA 19403 | 3600 S. GLEBE RD., #636W<br>ARLINGTON, VA 22202 | 34027258 |
| NORMA J. COZART<br>3600 S. GLEBE RD., #637W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #637W<br>ARLINGTON, VA 22202 | 34027259 |
| JOAQUIN T. GENTRY<br>3600 S. GLEBE RD., #711W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #711W<br>ARLINGTON, VA 22202 | 34027260 |
| TOK NAE YI<br>3600 S. GLEBE RD., #712W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #712W<br>ARLINGTON, VA 22202 | 34027261 |
| AMY M. LUZ &<br>JOSE J. F. LUZ<br>3600 S. GLEBE RD., #713W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #713W<br>ARLINGTON, VA 22202 | 34027262 |
| YING CHEN<br>3600 S. GLEBE RD., #714W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #714W<br>ARLINGTON, VA 22202 | 34027263 |
| ALAN J. GEBHART<br>3600 S. GLEBE RD., #715W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #715W<br>ARLINGTON, VA 22202 | 34027264 |
| PAUL NGUYEN &<br>MARIA NGUYEN<br>3600 S. GLEBE RD., #716W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #716W<br>ARLINGTON, VA 22202 | 34027265 |

10585 V3

# ATTACHMENT
# A

| OWNER NAME & ADDRESS | UNIT # | RPC NO. |
|---|---|---|
| ARSLAN KHAKIYEV KEYOUMU GULIQIEKELA 3600 S. GLEBE RD., #717W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #717W ARLINGTON, VA 22202 | 34027266 |
| MAURY AUDET 3600 S. GLEBE RD., #720W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #720W ARLINGTON, VA 22202 | 34027269 |
| HYON C. YI 3600 S. GLEBE RD., #721W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #721W ARLINGTON, VA 22202 | 34027270 |
| YVONNE N. LIU 1000 N RANDOLPH ST #907 ARLINGTON, VA 22201 | 3600 S. GLEBE RD., #722W ARLINGTON, VA 22202 | 34027271 |
| MATTHEW LOCRAFT 3600 S. GLEBE RD., #723W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #723W ARLINGTON, VA 22202 | 34027272 |
| SEAN G. KELLIHER 3600 S. GLEBE RD., #811W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #811W ARLINGTON, VA 22202 | 34027273 |
| JASON H. YOON & HANNAH Y. YOON 5234 BESSLEY PL ALEXANDRIA, VA 22304 | 3600 S. GLEBE RD., #812W ARLINGTON, VA 22202 | 34027274 |
| FATIMA NEEDHAM 3600 S. GLEBE RD #813W ARLINGTON, VA 22202 | 3600 S. GLEBE RD #813W ARLINGTON, VA 22202 | 34027275 |
| CHARLES M. METZGER 3600 S. GLEBE RD., #814W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #814W ARLINGTON, VA 22202 | 34027276 |
| RONALD KIM & THERESA RHEE 3600 S. GLEBE RD., #815W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #815W ARLINGTON, VA 22202 | 34027277 |
| RAOUL RUSSELL 3600 S. GLEBE RD., #816W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #816W ARLINGTON, VA 22202 | 34027278 |
| MARY BONO 3600 S. GLEBE RD., #817W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #817W ARLINGTON, VA 22202 | 34027279 |
| MICHAEL R. PURDY 3600 S. GLEBE RD., #818W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #818W ARLINGTON, VA 22202 | 34027280 |

10585 V3

# ATTACHMENT A

| OWNER NAME & ADDRESS | UNIT # | RPC NO. |
|---|---|---|
| STEVEN T. ARMINIO & DOREEN D. ARMINIO 1250 DOUBLE BRIDGES RD MADISON, GA 30650 | 3600 S. GLEBE RD., #819W ARLINGTON, VA 22202 | 34027281 |
| STEVEN L. DUBE 3600 S. GLEBE RD., #820W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #820W ARLINGTON, VA 22202 | 34027282 |
| FIZA MALIK 3600 S. GLEBE RD., #821W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #821W ARLINGTON, VA 22202 | 34027283 |
| WALENA GARDIZI & BRESHKIE GARDIZI 3600 S. GLEBE RD., #911W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #911W ARLINGTON, VA 22202 | 34027286 |
| ROBERT M. MORRIS & LYA J. MORRIS 3600 S. GLEBE RD., #912W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #912W ARLINGTON, VA 22202 | 34027287 |
| BYUNG H. SOH 3600 S. GLEBE RD., #913W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #913W ARLINGTON, VA 22202 | 34027288 |
| NACIEVE L. OWENS 3600 S. GLEBE RD., #914W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #914W ARLINGTON, VA 22202 | 34027289 |
| FARIMA FARZANEH 3600 S. GLEBE RD., #915W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #915W ARLINGTON, VA 22202 | 34027290 |
| WEIS SHERDEL 3600 S. GLEBE RD., #916W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #916W ARLINGTON, VA 22202 | 34027291 |
| MG SP 7 LLC PO BOX 40 MCLEAN, VA 22101 | 3600 S. GLEBE RD., #917W ARLINGTON, VA 22202 | 34027292 |
| ROBERT MCCARTHY 3600 S. GLEBE RD., #919W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #919W ARLINGTON, VA 22202 | 34027294 |
| ERIC S. BAKER 3600 S. GLEBE RD., #920W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #920W ARLINGTON, VA 22202 | 34027295 |
| RUTH R. BUENAFLOR 3600 S. GLEBE RD., #921W ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #921W ARLINGTON, VA 22202 | 34027296 |

# ATTACHMENT A

| OWNER NAME & ADDRESS | UNIT # | RPC NO. |
|---|---|---|
| BOLA BAMIDELE<br>3600 S. GLEBE RD., #922W<br>ARLINGTON, VA 22202 | 3600 S. GLEBE RD., #922W<br>ARLINGTON, VA 22202 | 34027297 |
| MARKET SQUARE AT POTOMAC YARD I, L.C.<br>11465 SUNSETS HILLS RD., #620<br>RESTON, VA 20190 | 3600 S. GLEBE RD., COMM1W<br>ARLINGTON, VA 22202 | 34027073 |
| MARKET SQUARE AT POTOMAC YARD I, L.C.<br>11465 SUNSETS HILLS RD., #620<br>RESTON, VA 20190 | 3600 S. GLEBE RD., COMM2W<br>ARLINGTON, VA 22202 | 34027074 |
| KEITH E. EARLY &<br>CHERYL R. EARLY<br>3650 S. GLEBE RD., #1046<br>ARLINGTON, VA 22202 | 3650 S. GLEBE RD., #1046<br>ARLINGTON, VA 22202 | 34027533 |
| GINA M. GROSSO<br>3650 S. GLEBE RD., #1145<br>ARLINGTON, VA 22202 | 3650 S. GLEBE RD., #1145<br>ARLINGTON, VA 22202 | 34027540 |
| THE ROBERT LLOYD DIBBLEE REVOCABLE TRUST &<br>THE CANDACE IONE BRIMBERRY DIBBLEE REVOCABLE TRUST (A/K/A THE CANDANCE IONE BRIMBERRY DIBBLE REVOCABLE TRUST)<br>3650 S. GLEBE RD., #1146<br>ARLINGTON, VA 22202 | 3650 S. GLEBE RD., #1146<br>ARLINGTON, VA 22202 | 34027541 |
| YOUNG K. HAM<br>3650 S. GLEBE RD., #1147<br>ARLINGTON, VA 22202 | 3650 S. GLEBE RD., #1147<br>ARLINGTON, VA 22202 | 34027542 |
| JEANNE B. OLSEN FAMILY TRUST<br>3650 S. GLEBE RD., #1148<br>ARLINGTON, VA 22202 | 3650 S. GLEBE RD., #1148<br>ARLINGTON, VA 22202 | 34027543 |
| JAMES Y. STERN &<br>HILARY P. STERN<br>3650 S. GLEBE RD., #148<br>ARLINGTON, VA 22202 | 3650 S. GLEBE RD., #148<br>ARLINGTON, VA 22202 | 34027326 |
| ROBERT ALLEN BARTHOLOMEW<br>3650 S. GLEBE RD., #149<br>ARLINGTON, VA 22202 | 3650 S. GLEBE RD., #149<br>ARLINGTON, VA 22202 | 34027327 |

10585 V3

# ATTACHMENT
## A

| OWNER NAME & ADDRESS | UNIT # | RPC NO. |
|---|---|---|
| RASHMIN JARDOSH & ROSHAN JARDOSH & BHARTI JARDOSH 3650 S. GLEBE RD., #150 ARLINGTON, VA 22202 | 3650 S. GLEBE RD., #150 ARLINGTON, VA 22202 | 34027328 |
| ROBERT W. RONDEAU 3650 S. GLEBE RD., #153 ARLINGTON, VA 22202 | 3650 S. GLEBE RD., #153 ARLINGTON, VA 22202 | 34027331 |
| SHAWNA B. BRIOCHE & RODOLPHE BRIOCHE 3650 S. GLEBE RD #240 ARLINGTON, VA 22202 | 3650 S. GLEBE RD 240 ARLINGTON, VA 22202 | 34027338 |
| KAYRA ALHAMBRA & JORGE FERNANDEZ 3650 S. GLEBE RD., #242 ARLINGTON, VA 22202 | 3650 S. GLEBE RD., #242 ARLINGTON, VA 22202 | 34027340 |
| OBAYEDUL HOQUE 4439 BURNTPINE CT ALEXANDRIA, VA 22312 | 3650 S. GLEBE RD #244 ARLINGTON, VA 22202 | 34027342 |
| CHEATA SIENG & MIN LEE 3650 S. GLEBE RD., #245 ARLINGTON, VA 22202 | 3650 S. GLEBE RD., #245 ARLINGTON, VA 22202 | 34027343 |
| MARGARIDA M. ALVES 3650 S. GLEBE RD., #248 ARLINGTON, VA 22202 | 3650 S. GLEBE RD., #248 ARLINGTON, VA 22202 | 34027346 |
| NADEEM REHMAN 3650 S. GLEBE RD., #249 ARLINGTON, VA 22202 | 3650 S. GLEBE RD., #249 ARLINGTON, VA 22202 | 34027347 |
| KEVIN BURKE & CATHERINE BURKE 3650 S. GLEBE RD., #250 ARLINGTON, VA 22202 | 3650 S. GLEBE RD., #250 ARLINGTON, VA 22202 | 34027348 |
| PHILIP LAVIETES 3650 S. GLEBE RD., #251 ARLINGTON, VA 22202 | 3650 S. GLEBE RD., #251 ARLINGTON, VA 22202 | 34027349 |
| MIRFARHAD SHAHLAVI 23874 KALEB DR. CORONA, CA 92883 | 3650 S. GLEBE RD., #255 ARLINGTON, VA 22202 | 34027353 |
| RAMI ABOUSHAKRA & SARAH ABOUSHAKRA 3650 S. GLEBE RD., #256 ARLINGTON, VA 22202 | 3650 S. GLEBE RD., #256 ARLINGTON, VA 22202 | 34027354 |

10585 V3

# ATTACHMENT A

| OWNER NAME & ADDRESS | UNIT # | RPC NO. |
|---|---|---|
| ROBERT G. CASSIANO<br>3650 S. GLEBE RD., #257<br>ARLINGTON, VA 22202 | 3650 S. GLEBE RD., #257<br>ARLINGTON, VA 22202 | 34027355 |
| SUSAN A. SAUNDERS<br>3650 S. GLEBE RD., #259<br>ARLINGTON, VA 22202 | 3650 S. GLEBE RD., #259<br>ARLINGTON, VA 22202 | 34027357 |
| CHIARA BENITEZ<br>3650 S. GLEBE RD #260<br>ARLINGTON, VA 22202 | 3650 S. GLEBE RD #260<br>ARLINGTON, VA 22202 | 34027358 |
| JEANETTE SNYDER &<br>ANTONIO J. ANDRE<br>3650 S. GLEBE RD #261<br>ARLINGTON, VA 22202 | 3650 S. GLEBE RD #261<br>ARLINGTON, VA 22202 | 34027359 |
| MOLOUK E. LAYNE &<br>NAZANIN LAYNE-CUNNINGHAM<br>2467 WINDBREAK DRIVE<br>ALEXANDRIA, VA 22306 | 3650 S. GLEBE RD., #262<br>ARLINGTON, VA 22202 | 34027360 |
| HWANG BYUN &<br>JOON BYUN<br>3650 S. GLEBE RD., #264<br>ARLINGTON, VA 22202 | 3650 S. GLEBE RD., #264<br>ARLINGTON, VA 22202 | 34027362 |
| SUSAN S. SLYE<br>3650 S. GLEBE RD., #265<br>ARLINGTON, VA 22202 | 3650 S. GLEBE RD., #265<br>ARLINGTON, VA 22202 | 34027363 |
| GIOVANNI GUTIEERREZ<br>3650 S. GLEBE RD., #266<br>ARLINGTON, VA 22202 | 3650 S. GLEBE RD., #266<br>ARLINGTON, VA 22202 | 34027364 |
| SHAM M. VENGURLEKAR, MD., P.C., AS<br>TRUSTEE OF THE SHAM M.<br>VENGURLEKAR, MD., P.C. DEFINED<br>BENEFIT PENSION PLAN<br>3650 S. GLEBE RD., #267<br>ARLINGTON, VA 22202 | 3650 S. GLEBE RD., #267<br>ARLINGTON, VA 22202 | 34027365 |
| TEKLE BERHANE &<br>SABA BERHANE<br>3650 S. GLEBE RD., #338<br>ARLINGTON, VA 22202 | 3650 S. GLEBE RD., #338<br>ARLINGTON, VA 22202 | 34027366 |
| JOHN J. TURNER &<br>SUJA J. TURNER<br>3650 S. GLEBE RD., #339<br>ARLINGTON, VA 22202 | 3650 S. GLEBE RD., #339<br>ARLINGTON, VA 22202 | 34027367 |
| PRAKASH DSOUZA<br>3650 S. GLEBE RD., #341<br>ARLINGTON, VA 22202 | 3650 S. GLEBE RD., #341<br>ARLINGTON, VA 22202 | 34027369 |

10585 V3