

RECEIVED
NOV 1 5 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

**COMSTOCK POTOMAC YARD, L.C.,**

      **Plaintiff,**

    **v.**

**BALFOUR BEATTY CONSTRUCTION, LLC**

      **Defendant,**

    **v.**

**COMSTOCK POTOMAC YARD, L.C.** *et al.*,

      **Third Party Defendants.**

Civil Action No. 1:08cv894
Hon. Liam O'Grady

---

### Summons on a Third-Party Complaint

To:    Kerr S. Evans
        3600 S. Glebe Road, #320W
        Arlington, VA 22202

       A lawsuit has been filed against Defendant Balfour Beatty Construction, LLC, who, in turn, has filed a counterclaim against Plaintiff Comstock Potomac Yard, L.C. Third-Party Plaintiff Balfour Beatty Construction, LLC is making a claim against you as a necessary Third-Party Defendant to its counterclaim against Plaintiff Comstock Potomac Yard, L.C.

       Within 20 days after service of this summons on you (not counting the day you received it), you must serve on Plaintiff Comstock Potomac Yard, L.C. and on the Defendant/Third-Party Plaintiff Balfour Beatty Construction, LLC an answer to the attached third-party complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Third-Party Plaintiff Balfour Beatty Construction, LLC's attorney, whose name and address are:

Shelly L. Ewald
John B. Tieder, Jr.
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, VA 22102

It must also be served on the Plaintiff Comstock Potomac Yard, L.C.'s attorney, whose name and address are:

Stephen M. Seeger
Quagliano & Seeger, P.C.
2620 P Street N.W.
Washington DC 20007

If you fail to do so, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of Plaintiff Comstock Potomac Yard, L.C.'s complaint without the exhibits is also attached. You may – but are not required to – respond to it.

Date: _____          _____
                                          Name of clerk of court

                                       _____
                                          Deputy clerk's signature



RECEIVED

NOV 1 5 2008

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

COMSTOCK POTOMAC YARD, L.C.,

        **Plaintiff,**

    v.

**BALFOUR BEATTY CONSTRUCTION, LLC**

        **Defendant,**

    v.

**COMSTOCK POTOMAC YARD, L.C. *et al.*,**

        **Third Party Defendants.**

Civil Action No.  1:08cv894
Hon. Liam O'Grady

## Summons on a Third-Party Complaint

To:    Joon H. Kim
       3600 S. Glebe Road, #313W
       Arlington, VA 22202

      A lawsuit has been filed against Defendant Balfour Beatty Construction, LLC, who, in turn, has filed a counterclaim against Plaintiff Comstock Potomac Yard, L.C.  Third-Party Plaintiff Balfour Beatty Construction, LLC is making a claim against you as a necessary Third-Party Defendant to its counterclaim against Plaintiff Comstock Potomac Yard, L.C.

      Within 20 days after service of this summons on you (not counting the day you received it), you must serve on Plaintiff Comstock Potomac Yard, L.C. and on the Defendant/Third-Party Plaintiff Balfour Beatty Construction, LLC an answer to the attached third-party complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the Third-Party Plaintiff Balfour Beatty Construction, LLC's attorney, whose name and address are:

Shelly L. Ewald
John B. Tieder, Jr.
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, VA 22102

It must also be served on the Plaintiff Comstock Potomac Yard, L.C.'s attorney, whose name and address are:

Stephen M. Seeger
Quagliano & Seeger, P.C.
2620 P Street N.W.
Washington DC 20007

If you fail to do so, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of Plaintiff Comstock Potomac Yard, L.C.'s complaint without the exhibits is also attached. You may – but are not required to – respond to it.

Date: _____        _____
                                        Name of clerk of court

                                        _____
                                        Deputy clerk's signature



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

COMSTOCK POTOMAC YARD, L.C.,

       **Plaintiff,**

v.

**BALFOUR BEATTY CONSTRUCTION, LLC**

       **Defendant,**

v.

COMSTOCK POTOMAC YARD, L.C. *et al.*,

       **Third Party Defendants.**

Civil Action No.  1:08cv894
Hon. Liam O'Grady

### Summons on a Third-Party Complaint

To:    Jennifer Longmeyer-Wood
       3600 S. Glebe Road,  #319W
       Arlington, VA 22202

     A lawsuit has been filed against Defendant Balfour Beatty Construction, LLC, who, in turn, has filed a counterclaim against Plaintiff Comstock Potomac Yard, L.C.  Third-Party Plaintiff Balfour Beatty Construction, LLC is making a claim against you as a necessary Third-Party Defendant to its counterclaim against Plaintiff Comstock Potomac Yard, L.C.

     Within 20 days after service of this summons on you (not counting the day you received it), you must serve on Plaintiff Comstock Potomac Yard, L.C. and on the Defendant/Third-Party Plaintiff Balfour Beatty Construction, LLC an answer to the attached third-party complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the Third-Party Plaintiff Balfour Beatty Construction, LLC's attorney, whose name and address are:

Shelly L. Ewald
John B. Tieder, Jr.
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, VA 22102

It must also be served on the Plaintiff Comstock Potomac Yard, L.C.'s attorney, whose name and address are:

Stephen M. Seeger
Quagliano & Seeger, P.C.
2620 P Street N.W.
Washington DC 20007


If you fail to do so, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of Plaintiff Comstock Potomac Yard, L.C.'s complaint without the exhibits is also attached. You may – but are not required to – respond to it.

Date: _____          _____
                                                          Name of clerk of court

                                                        _____
                                                          Deputy clerk's signature



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**COMSTOCK POTOMAC YARD, L.C.,**

       **Plaintiff,**

    **v.**

**BALFOUR BEATTY CONSTRUCTION, LLC**

       **Defendant,**

    **v.**

**COMSTOCK POTOMAC YARD, L.C.** *et al.,*

       **Third Party Defendants.**

**Civil Action No.  1:08cv894**
**Hon. Liam O'Grady**

**Summons on a Third-Party Complaint**

To:    William F. Meininger
        3600 S. Glebe Road, #317W
        Arlington, VA 22202

     A lawsuit has been filed against Defendant Balfour Beatty Construction, LLC, who, in turn, has filed a counterclaim against Plaintiff Comstock Potomac Yard, L.C.  Third-Party Plaintiff Balfour Beatty Construction, LLC is making a claim against you as a necessary Third-Party Defendant to its counterclaim against Plaintiff Comstock Potomac Yard, L.C.

     Within 20 days after service of this summons on you (not counting the day you received it), you must serve on Plaintiff Comstock Potomac Yard, L.C. and on the Defendant/Third-Party Plaintiff Balfour Beatty Construction, LLC an answer to the attached third-party complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the Third-Party Plaintiff Balfour Beatty Construction, LLC's attorney, whose name and address are:

Shelly L. Ewald
John B. Tieder, Jr.
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, VA 22102

It must also be served on the Plaintiff Comstock Potomac Yard, L.C.'s attorney, whose name and address are:

Stephen M. Seeger
Quagliano & Seeger, P.C.
2620 P Street N.W.
Washington DC 20007


If you fail to do so, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of Plaintiff Comstock Potomac Yard, L.C.'s complaint without the exhibits is also attached. You may – but are not required to – respond to it.

Date: _____        _____
                                       Name of clerk of court

                                       _____
                                       Deputy clerk's signature



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

COMSTOCK POTOMAC YARD, L.C.,

        Plaintiff,

    v.

BALFOUR BEATTY CONSTRUCTION, LLC

        Defendant,

    v.

COMSTOCK POTOMAC YARD, L.C. *et al.*,

        Third Party Defendants.

Civil Action No.  1:08cv894
Hon. Liam O'Grady

---

## Summons on a Third-Party Complaint

To:    Elizabeth Mendez
        3600 S. Glebe Road,  #312W
        Arlington, VA 22202

A lawsuit has been filed against Defendant Balfour Beatty Construction, LLC, who, in turn, has filed a counterclaim against Plaintiff Comstock Potomac Yard, L.C.   Third-Party Plaintiff Balfour Beatty Construction, LLC is making a claim against you as a necessary Third-Party Defendant to its counterclaim against Plaintiff Comstock Potomac Yard, L.C.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on Plaintiff Comstock Potomac Yard, L.C. and on the Defendant/Third-Party Plaintiff Balfour Beatty Construction, LLC an answer to the attached third-party complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the Third-Party Plaintiff Balfour Beatty Construction, LLC's attorney, whose name and address are:

Shelly L. Ewald
John B. Tieder, Jr.
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, VA 22102

It must also be served on the Plaintiff Comstock Potomac Yard, L.C.'s attorney, whose name and
address are:

Stephen M. Seeger
Quagliano & Seeger, P.C.
2620 P Street N.W.
Washington DC 20007


If you fail to do so, judgment by default will be entered against you for the relief demanded in
the third-party complaint. You also must file the answer or motion with the court and serve it on
any other parties.

A copy of Plaintiff Comstock Potomac Yard, L.C.'s complaint without the exhibits is also
attached. You may – but are not required to – respond to it.

Date: _____        _____
                                                                    Name of clerk of court

                                                                    _____
                                                                    Deputy clerk's signature



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

COMSTOCK POTOMAC YARD, L.C.,

        Plaintiff,

    v.

BALFOUR BEATTY CONSTRUCTION, LLC

        Defendant,

    v.

COMSTOCK POTOMAC YARD, L.C. *et al.*,

        Third Party Defendants.

Civil Action No. 1:08cv894
Hon. Liam O'Grady

**Summons on a Third-Party Complaint**

To:    Anthony Napoli
       3600 S. Glebe Road, #316W
       Arlington, VA 22202

     A lawsuit has been filed against Defendant Balfour Beatty Construction, LLC, who, in turn, has filed a counterclaim against Plaintiff Comstock Potomac Yard, L.C.  Third-Party Plaintiff Balfour Beatty Construction, LLC is making a claim against you as a necessary Third-Party Defendant to its counterclaim against Plaintiff Comstock Potomac Yard, L.C.

     Within 20 days after service of this summons on you (not counting the day you received it), you must serve on Plaintiff Comstock Potomac Yard, L.C. and on the Defendant/Third-Party Plaintiff Balfour Beatty Construction, LLC an answer to the attached third-party complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the Third-Party Plaintiff Balfour Beatty Construction, LLC's attorney, whose name and address are:

Shelly L. Ewald
John B. Tieder, Jr.
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, VA 22102

It must also be served on the Plaintiff Comstock Potomac Yard, L.C.'s attorney, whose name and address are:

Stephen M. Seeger
Quagliano & Seeger, P.C.
2620 P Street N.W.
Washington DC 20007

If you fail to do so, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of Plaintiff Comstock Potomac Yard, L.C.'s complaint without the exhibits is also attached. You may – but are not required to – respond to it.

Date: _____

_____
Name of clerk of court

_____
Deputy clerk's signature

- 2 -



RECEIVED
NOV 1 5 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

*SPS + USD.*
*CMC*

COMSTOCK POTOMAC YARD, L.C.,

      **Plaintiff,**

    v.

BALFOUR BEATTY CONSTRUCTION, LLC

      **Defendant,**

    v.

COMSTOCK POTOMAC YARD, L.C. *et al.,*

      **Third Party Defendants.**

Civil Action No.  1:08cv894
Hon. Liam O'Grady

---

### Summons on a Third-Party Complaint

To:    Hoang Nguyen
       3600 S. Glebe Road, #314W
       Arlington, VA 22202

      A lawsuit has been filed against Defendant Balfour Beatty Construction, LLC, who, in turn, has filed a counterclaim against Plaintiff Comstock Potomac Yard, L.C.  Third-Party Plaintiff Balfour Beatty Construction, LLC is making a claim against you as a necessary Third-Party Defendant to its counterclaim against Plaintiff Comstock Potomac Yard, L.C.

      Within 20 days after service of this summons on you (not counting the day you received it), you must serve on Plaintiff Comstock Potomac Yard, L.C. and on the Defendant/Third-Party Plaintiff Balfour Beatty Construction, LLC an answer to the attached third-party complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the Third-Party Plaintiff Balfour Beatty Construction, LLC's attorney, whose name and address are:

Shelly L. Ewald
John B. Tieder, Jr.
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, VA 22102

It must also be served on the Plaintiff Comstock Potomac Yard, L.C.'s attorney, whose name and address are:

Stephen M. Seeger
Quagliano & Seeger, P.C.
2620 P Street N.W.
Washington DC 20007

If you fail to do so, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of Plaintiff Comstock Potomac Yard, L.C.'s complaint without the exhibits is also attached. You may – but are not required to – respond to it.

Date: _____     _____
                                              Name of clerk of court

                                       _____
                                              Deputy clerk's signature