**Day 5**

CONTINUATION OF
TRIAL BY THE COURT
CIVIL CASE

DATE: 09-14-09    CASE NUMBER: 1:08cv894

9:08 – 11:00
11:23 – 1:00
2:05 – 3:25  Start
1:00 – 2:00  Lunch
3:50 – 5:06  Ended
6:05  Time in Court

JUDGE: O'Grady    REPORTER: N. Linnell (AM)
                            A. Thomson (PM)

PARTIES | ATTORNEY'S

Comstock Potomac Yard, L.C.    Stephen Seeger, James Faughnan, Kristin Protas

VS

Balfour Beatty Construction, L.L.C.    Shelly Ewald, John Tieder, Erica Beardsley

THIS CASE CAME ON FOR FURTHER TRIAL BY THE COURT. APPEARANCES AS PREVIOUS.

Deft. cont'd. to adduce evidence.

Bench trial cont'd to 09-15-09 at 9:00 AM.