DATE: 09-30-09

JUDGE: Liam O'Grady
Reporter: N. Linnell

START: 10:13
FINISH: 11:46

Civil Action Number: 1:08cv894

Comstock Potomac Yard, L.C.

v.

Balfour Beatty Construction, L.L.C.

Appearances of Counsel for (✓) Pltf (✓) Deft
( ) Matter is uncontested

Matter came on for continuation of evidence with deft's sur-rebuttal. Deft called one witness — Dr. Kathleen Harmon, who was cross examined on sur-rebuttal affidavit. Additional exhibits were read into the record.

Argued &

( ) Granted ( ) Denied ( ) Granted in part/Denied in part
(✓) Taken under advisement ( ) Continued to: _____

(✓) Order to Follow